# Exhibit "D"

# DECLARATION OF PUA LEI PILAI.

I, Pua Lei Pilai, declare:

1. I am over eighteen years of age, and have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently as to the matters stated below.

2. I am making this declaration in support of the Complaints filed on behalf of my sister and her husband, Dr. Lekha Tull, DDS. and Dr. Herman Tull Ph.D., and my nephew Jasha Tull..

3. I reside in Honolulu, Hawaii, and have resided there for forty (40) years. I am the sister of Dr. Lekha Tull, DDS., the sister-in-law of her husband, Dr. Herman Tull, Ph.D., the aunt of Jasha Tull, and the aunt of Dr. Janak Tull, DMD.

4. My first and only experience involving Michaela Higgins occurred in early September 2016, when Michaela arrived at my sister's vacation home in Harvey Cedars, New Jersey while I was on a video call with my sister. I heard Michaela Higgins abusively screaming at Jasha that she and Jasha were meant to be together, and that if he would not take her back, she would destroy him and his career. Her blood curdling screaming was certainly easily heard by surrounding neighbors and continued for some time. I have never, ever heard someone scream and make such a scene in my entire life, and I remember it vividly to this day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Executed March 4, 2021 at Honolulu, Hawaii*

*puapilai*
puapilai (Mar 4, 2021 21:42 HST)
_____
Pua Lei Pilai

---

1
**DECLARATION OF PUA LEI PILAI IN SUPPORT OF COMPLAINT**