# Exhibit "F"

 **Gmail**

**Herman Tull <hermantull@gmail.com>**

## Fwd: picture
1 message

**Herman Tull** <hermantull@gmail.com>                    Sat, Feb 2, 2019 at 1:22 PM
To: jrogovin@c3mgmt.com

---

---------- Forwarded message ---------
From: **Caeli La** <caeli426@gmail.com>
Date: Thu, Apr 27, 2017 at 12:44 PM
Subject: Re: picture
To: Herman Tull <hermantull@gmail.com>


To clarify, I still stutter sometimes when I get nervous or afraid; but after he told me that, I had a hard time speaking at all, and started full-on stuttering like I did as a child, not in the slight way that I have throughout adulthood.

On Apr 27, 2017, at 10:34 AM, Caeli La <caeli426@gmail.com> wrote:

Hi Herman,

I've spent a lot of time thinking about whether or not to reach out to you. I decided that it was necessary, because there is too much of a risk that a similar situation could happen again, and I have to do what I can to prevent it.

Shortly before Buku in New Orleans, I got a text from Jasha out of the blue, after not speaking for many months. He asked me to unblock him, and we started talking about meeting up at the festival. Then, he told me he had gotten back together with his ex, and I said "good luck, I hope it works out better this time, please don't contact me again." He responded by calling me psychotic, so I asked "Why are you calling me that? Because I'm smart, and I won't let you dominate the conversation, like everyone else?" and he said "I don't think you're smart, Caeli. Want to know what my dad says about you? He said he can tell you didn't go to college from the way you speak."

I saved this entire thread; and I can send it to you to prove what happened. I did not say or do anything to provoke this attack, except asking him not to contact me again. If Jasha tries to say that I provoked it, you can see clearly in the conversation that I did not. When we first broke up, I had a panic attack and sent a bunch of upset texts, and he says that the overwhelming messages led him to say unspeakably awful things to me. I can accept that, fine. This time, however, 6 months later, I did not reach out to him at all, and I hadn't in a long time. He reached out to me first, and all I did to make him angry, was ask him not to contact me again.

The reality is, I was kidnapped and raped when I was 6, and I didn't speak for a long time afterwards. I had to go to speech therapy for many years. When I feel nervous or unsafe, I still stutter sometimes, and have trouble speaking loudly and clearly. Somehow, I was able to make it through life, until now, without anybody shaming me for it. I thought I was totally over it... but when Jasha told me that, well, maybe it was because I really respected and admired you, I don't know- but for some reason, it just crushed me. I had a really hard time saying anything out loud again for several weeks afterwards, and I started stuttering again, which hadn't happened since childhood. I felt so self conscious and degraded by you. I still feel an awful lot of shame when I think about you saying that. The reason why I have to let you know how it impacted me, is because 1 in 3 women have experienced sexual abuse. The correlation between experiencing sexual abuse and developing speech impediments is extraordinary. There is too much of a chance that Jasha might date someone else in the future, who has also experienced something similar, who might also have developed issues with their speech as a result.

Just so you know, I went to college for the same exact length of time that Jasha did.

I got a nearly perfect SAT score on English. I am not a hillbilly. I hope you will remember to walk a mile in their shoes before you judge someone like that again, especially a young woman, because a third of us have been through unimaginable horror, and you should never assume that someone has poor speech just because they didn't go to college. There are many reasons why it could be, that have nothing to do with how much college you completed.

Despite not finishing college, I started my own company, and hired two employees within six months. My business has 18 current clients, most of which are famous bands. I am doing quite well professionally. I did not deserve that kind of degrading judgement from you and your son because of the way I speak.

Please don't ever shame another girl for the way she speaks. Know that Jasha will repeat the mean things you say, out loud. Hearing someone's father say something like that about you, is really, really hard to handle.

Here are some articles about the connection between sexual abuse and speech impediments:

http://m.washingtontimes.com/news/2002/apr/30/20020430-042342-4180r/

http://www.asha.org/Events/convention/handouts/2010/1206-Welc-Julia/

http://www.speechdisorder.co.uk/child-abuse-and-speech-disorders.html

https://www.nspcc.org.uk/preventing-abuse/child-abuse-and-neglect/child-sexual-abuse/signs-symptoms-effects/

On Sep 5, 2016, at 5:29 PM, Herman Tull <hermantull@gmail.com> wrote:

&lt;HC beach.JPG&gt;

--
Herman Tull
Princeton, NJ

 **Gmail**                                       **Herman Tull <hermantull@gmail.com>**

---

## Fwd: Very Important
1 message

---

**Herman Tull** <hermantull@gmail.com>                             Sat, Feb 2, 2019 at 1:20 PM
To: jrogovin@c3mgmt.com

---

            ---------- Forwarded message ---------
From: **Caeli La** <caeli426@gmail.com>
Date: Fri, Dec 21, 2018 at 6:15 PM
Subject: Re: Very Important
To: Herman Tull <hermantull@gmail.com>
Cc: <spacejesusmusic@gmail.com>


I realize this may not have been clear, so I want to clarify that Jasha told me directly, over the phone, that I had threatened to go to your job, etc when I wrote you that email. I didn't hear it from a third party. He accused me directly. You can imagine how jarring, frightening and confusing it would be to hear him say that, when he could simply pull up the email, and see that it's not true. I had already heard from Rob and others that he had said the same thing to them, but this was the first time he directly accused me of threatening you. I am thoroughly freaked out, and I really need reassurance.

> On Dec 21, 2018, at 3:24 PM, Caeli La <caeli426@gmail.com> wrote:
>
> I also want to make sure that you don't actually believe I threatened to go to your job and tell them you were supporting his abusive behavior. If there has been any reason for you to believe that I threatened you, I would like to understand why that is, and do whatever is needed to rectify that.
>
> I feel devastated knowing that Jasha believes I threatened you, and has shared that with our mutual friends, but the worst part is the possibility that you might actually believe I threatened you. I really need to know whether or not you actually feel that way, and if you do believe I threatened you, please tell me exactly what I said that made you feel that way, because I re-read my email to you many times and could not figure out how you or Jasha could interpret that I was threatening you.
>
> If you know that I never actually threatened you, then please, I beg you to clarify that with him, so that he won't keep spreading such a horrific, defamatory lie about me to my friends. If you do believe I threatened you, I cannot comprehend how you got that from my email, but I really want to understand. I would never intentionally do that, and it kills me to know that Jasha, Rob, other mutual friends, and possibly even you might actually believe that I threatened you. Please don't let this go on.
>
>
>> On Dec 20, 2018, at 12:34 PM, Caeli La <caeli426@gmail.com> wrote:
>>
>> The previous email got cut off, please read this one instead.
>>
>> —
>>
>> Hi Herman,
>>
>> A few days ago, Jasha said that I threatened you when I sent an email to explain my speech impediment and let you know how much it hurt when you said you can tell I didn't go to college by the way I speak. He said I threatened to go to your job, and tell them you were supporting Jasha's severe verbal & emotional abuse. I feel extremely upset, confused, and concerned, because that is clearly not true, and all he would need to do is re-read the email to see that there was no threat whatsoever. It's really scary that he is trying to assert that I did something so heinous, when the evidence is right

there. I forwarded the email to him when I sent it to you. He said he read it. So, the only possibility I can think of is that you told him I threatened you separately from the email, which I did not. He has either convinced himself it is actually true, which is frighteningly delusional, because he can just look at the email and see that it's not - or you must have told him that I threatened you. He told this slanderous, defamatory lie to Rob and others, and it's not ok that our mutual friends think I threatened you, when I did no such thing. Please confirm with me that you have clarified with Jasha that I did NOT threaten you in any way, shape or form in that email, or in any other way. This is very important to me.
>>
>> Thank you.
>> Caeli
>>
>>> On Dec 20, 2018, at 9:24 AM, Caeli La <caeli426@gmail.com> wrote:
>>>
>>> Hi Herman,
>>>
>>> A few days ago, Jasha said that when I sent you an email explaining my speech impediment, and letting you know how much it hurt me when you said you can tell I didn't go to college by the way i speak, that I also threatened you. He said I threatened to go to your job and tell them you were supporting Jasha's severe verbal & emotional abuse. I feel extremely upset, confused, and concerned, because all he would need to do is pull up that email again, to see that there was no threat in that letter whatsoever. It's really scary that he is trying to assert that I did something so heinous, when the evidence is right there. I forwarded to email to him when I sent it to you. The only possibility I can think of is that you told I threatened you separately from the email, which I did not. Either he has convinced himself that it's true, which is frighteningly delusional, because he can just look at the email and see that it's not - or you told him that I did threaten him. He told Rob, and others, that slanderous lie, and it's not ok that our mutual friends think I threatened you now. Please confirm with me that you have clarified with Jasha that I did NOT threaten you in any way, shape or form in that email, or in any other way. This is very important to me.
>>>
>>> Thank you.
>>> Caeli


--
Herman Tull
Princeton, NJ



# Re: Jasha

1 message

**Caeli La** <caeli426@gmail.com>                    Tue, Jan 22, 2019 at 11:06 PM
To: jrogovin@c3mgmt.com, egietzen@c3mgmt.com
Bcc: hermantull@gmail.com

If you go back and look at the first Facebook post Jasha made after the allegations came out, the one that begins with "Consent is an extremely important subject that must not be taken lightly," you'll see that three different people posted the same screenshots in the comments, and many people replied to them. These screenshots were also posted in many groups afterwards. They show a conversation between the girl Jasha hooked up with in Oklahoma (the same night he got into a 'verbal altercation' with the security guard because they were underage, which was verified on Twitter by Wooli, the artist who opened), explaining to her friend, Lily, why she stayed on the bus that night and went to Nashville with Jasha- leaving their friend Julia behind when Datsik abandoned her outside, after having sex with her on the hood of a car. He told her to hang on while he went back to the bus, and then they left her there. The girls were 17 and 18. As you know, Jasha and Troy are both in their 30's.





**Lilly Rhea Anderson**
After they fed them alcohol, ketamine, and whatever else they continued with having sex with them. Two of my guy friends were then told it was time for them to leave the bus. He can deny any of these things happening but it doesn't change the fact that it happened.

1h   Like   Reply

**Lilly Rhea Anderson**
Consent or no consent one of the girls was only 17

After these screenshots were posted in the comments and circulated heavily online, Jasha proceeded to host a consent benefit a week later. This is the main issue. It appears as if Jasha, and his team, overlooked those comments, ignored them, and decided to

throw a consent benefit anyway. Consent is about power dynamics. On several levels, Jasha's behavior, as described by the girl who hooked up with him, raises serious issues regarding power dynamics.

She says he walked off stage after his set and came right up to them in the crowd, asked if they wanted to go backstage, then brought them on the bus, and the other guys were kicked off. The fact that he is in his mid-30's and the girls were 17/18; the fact that they were fans at his show- not to mention teenage, female fans at his show; the fact that they were clearly intoxicated (and you know as well as I do that they were offered more alcohol and drugs backstage/on the bus)- in many ways, this situation raises serious issues of consent. She said it herself: "Was I supposed to reject Space Jesus, my favorite artist next to nectar?" It is obvious that teenage, female fans at his shows- especially when they are intoxicated- will not be able to say no, and that is why, on many levels- the age difference, the fandom, the fact that they were intoxicated- intoxicated teenage fans cannot properly consent when their favorite male artist, who is almost two decades older, hits on them at his show. That was an abuse of his power.

I was contacted by Lily after the consent benefit was announced. She was upset, because it seemed like such an obvious PR campaign / deflection, and she had heard through a mutual friend about what I went through with him. There were also a lot of people who commented on his posts afterwards, calling out what had been exposed in those screenshots. Many of the negative comments were deleted, and he got called out for deleting comments as well. After speaking more in depth with Lily about the girls' experience, and after my own experience of ongoing threats (which I could have pressed charges for multiple times), and severe psychological abuse- which continued intermittently for over a year after we broke up- it has been extremely hard for me to see him get called out for abusing his power and taking advantage of intoxicated teenage fans; then throw a consent benefit a week later, and go on as if nothing happened, with no accountability.

His behavior and actions towards me over the last month reaffirmed that he has still not taken any personal accountability, and has not changed. I feel like if I just let this go, I am complicit in allowing him to continue getting away with bullying, abusive behavior, with no consequences for his actions. To be clear, it would bring me no joy, and it is not my desire at all, to send these screenshots to all the festivals and events who have booked him, and explain the issue with the consent benefit being thrown right after. That is my absolute last resort. I am very clear on what can be done, at this point, that will allow me to feel like I can let this go, without feeling like I'm enabling him in the process. I would need to fill you in a bit more about my personal experience, in order to explain what that is. I would rather speak about that over the phone, because it is very hard to repeat some of the things he has said and done, and it is even harder for me, emotionally, to write it out.

On Mon, Jan 21, 2019 at 5:45 PM Caeli La <caeli426@gmail.com> wrote:
> Forwarding this to you as well. Not sure how closely you work with Jasha, but I know he's with C3.
>
> Begin forwarded message:
>
>> **From:** Caeli La <caeli426@gmail.com>
>> **Date:** January 21, 2019 at 2:42:38 PM PST
>> **To:** erik@warpathgroup.com
>> **Subject: Jasha**
>>
>> Hi Erik,
>>
>> There have been some serious issues recently, which resulted in me feeling like I have no choice but to contact every festival and event promoter currently working with Jasha, to hold him accountable for the severe and ongoing abuse I have experienced, and other issues related to a 17 old girl he hooked up while Datsik was assaulting her friend on the bus. Her friend reached out to me. Before I bring awareness to these issues, I want to make sure I have given him every opportunity to redeem himself. Reaching out to you and asking you to help is the last resort I have, because I have tried every other avenue, and he has only continued to dig himself deeper. I was sent screenshots show explicit evidence that Jasha abused his power over these 17 year old girls, on several levels. I'd like to get on the phone with you ASAP to explain what they shared with me, my own experiences, and why I feel like it's necessary to hold him publicly accountable unless you can find a way to facilitate a resolution.
>>
>> Thank you.

---

**3 attachments**

        29187234_143667676458145_7846083300425728000_n.jpg
        60K





**29213822_10213763653263326_1848121171883589632_n.jpg**
62K



**unnamed-3.jpg**
98K

 **Gmail**                                    Herman Tull <hermantull@gmail.com>

## Re: Jasha
1 message

**Caeli La** <caeli426@gmail.com>                        Thu, Jan 31, 2019 at 7:06 PM
To: Erik Gietzen <egietzen@c3mgmt.com>
Cc: Jay Rogovin <jrogovin@c3mgmt.com>
Bcc: hermantull@gmail.com

In the interest of making this process as efficient as possible, I realize we do not necessarily need to talk on the phone in order to communicate what is most essential.

In a nutshell, after my recent experiences with him, there is nothing you can say that would make me believe he has actually taken any real personal accountability, or learned from the situation in any real, meaningful way. If he really wanted to help heal rape culture in the music industry, he would start with making amends in every situation where a girl/woman says he crossed a line... instead of continuing to terrorize me every time I have given him an opportunity to make things right.

Last month, he said he would show up in whatever way I needed for the healing process to finally happen. He said he wanted to take full accountability and apologize for everything. We met up, and he admitted the severe psychological, emotional and verbal abuse, threats to professionally blacklist me and have me fired from a job, was entirely his responsibility, and that I never did anything to deserve or provoke any of it. He admitted to all of it, took accountability and apologized for all of it. We began the conversation with him saying we could talk or meet up as many times as needed. Shortly after that first conversation, we talked on the phone, and he suddenly flipped from Dr. Jekyll to Mr. Hyde, like he has done many times before. This time, he suddenly accused me of threatening his dad. I have never said or done anything even close to that. He goes from appearing very caring and genuine, to shockingly immoral and cruel. He apparently can't handle being wrong at all, because every time he does something wrong, he makes up vicious lies to try and turn the table on me. Going from asking me to unblock him and meet up, to suddenly threatening to tell the security guard I was a deranged stalker and have me removed from a job- because I politely told him his girlfriend probably wouldn't be cool with it- was another example of that. There have been many other similar situations, involving him spreading serious, damaging lies about me. I then found out that he had told Rob and several others that I threatened his dad.

You guys have put all the precautions and strategies in place to protect people in the crowd from other people in the crowd. Jasha's ongoing behavior has shown me that there is no reason to believe he won't continue acting immoral, self-serving, and abusing his power. I will be able to sleep better at night knowing that you guys know it is also your responsibility to make sure underage girls will never be brought backstage or on the bus again. I don't trust him, but I hope I can trust you. I will feel like I can let it go, if you promise me that.

I also want a written and verbal statement from Jasha admitting that I never threatened his dad, and promising to never contact me again.

I think these are reasonable requests after everything that's happened, and has continued to happen, for over two years. I want to be able to let this go, without worrying that if he abuses his power over another underage fan again, that I would feel partially responsible, because I knew what a monster he continued to be, and didn't speak up about it. If anything does happen again, at least I'll know that I did try, by making sure his managers also take responsibility for underage girls being brought backstage or on the bus, and will make sure that does not happen again. I need to make sure you will protect the underage girls at his shows from the predatory behavior that was exposed in those screenshots. No amount of posters he helps design, or cards at the merch table, change the fact that he has continued to terrorize me for no reason. His extreme manipulation and mistreatment of me has not changed, so I do not believe his behavior will change. Therefore, what I want is for YOU to make sure it doesn't happen again- and all I can do to protect myself is make sure my friends know I did not actually threaten his dad; and make sure he will never contact me again.

Thank you.

---

**image1.jpeg**

188K

 **Gmail**                                    Herman Tull <hermantull@gmail.com>

# Fwd: Jasha
1 message

**Caeli La** <caeli426@gmail.com>                    Sat, Feb 2, 2019 at 12:51 PM
To: Space Jesus <spacejesusmusic@gmail.com>, spacejesusbass@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Caeli La <caeli426@gmail.com>
> **Date:** February 2, 2019 at 9:50:19 AM PST
> **To:** Erik Gietzen <egietzen@c3mgmt.com>
> **Cc:** Jay Rogovin <jrogovin@c3mgmt.com>
> **Subject: Re: Jasha**
>
> Hi Eric & Jay,
>
> You said we'd get on a call this week. The week is over. I don't have an unlimited amount of time or patience to wait for you to handle this appropriately. If I do not hear from you in the next few days, I will reach out to Lekha, and forward her the emails I sent you, explaining everything. If she is also unresponsive or unhelpful, then I will reach out to everyone who currently works with Jasha is any capacity.
>
>
> On Jan 31, 2019, at 4:06 PM, Caeli La <caeli426@gmail.com> wrote:
>
>> In the interest of making this process as efficient as possible, I realize we do not necessarily need to talk on the phone in order to communicate what is most essential.
>>
>> In a nutshell, after my recent experiences with him, there is nothing you can say that would make me believe he has actually taken any real personal accountability, or learned from the situation in any real, meaningful way. If he really wanted to help heal rape culture in the music industry, he would start with making amends in every situation where a girl/woman says he crossed a line... instead of continuing to terrorize me every time I have given him an opportunity to make things right.
>>
>> Last month, he said he would show up in whatever way I needed for the healing process to finally happen. He said he wanted to take full accountability and apologize for everything. We met up, and he admitted the severe psychological, emotional and verbal abuse, threats to professionally blacklist me and have me fired from a job, etc, was entirely his responsibility, and that I never did anything to deserve or provoke any of it. He admitted to all of it, took accountability and apologized for all of it. We began the conversation with him saying we could talk or meet up as many times as needed. Shortly after that first conversation, we talked on the phone, and he suddenly flipped from Dr. Jekyll to Mr. Hyde, like he has done many times before. This time, he suddenly accused me of threatening his dad. I have never said or done anything even close to that. He goes from appearing very caring and genuine, to shockingly immoral and cruel. He apparently can't handle being wrong at all, because every time he does something wrong, he makes up vicious lies to try and turn the table on me. Going from asking me to unblock him and meet up, to suddenly threatening to tell the

security guard I was a deranged stalker and have me removed from a job- because I politely told him his girlfriend probably wouldn't be cool with it- was another example of that. There have been many other similar situations, involving him spreading serious, damaging lies about me. I then found out that he had told Rob and several others that I threatened his dad.

You guys have put all the precautions and strategies in place to protect people in the crowd from other people in the crowd. Jasha's ongoing behavior has shown me that there is no reason to believe he won't continue acting immoral, self-serving, and abusing his power. I will be able to sleep better at night knowing that you guys know it is also your responsibility to make sure underage girls will never be brought backstage or on the bus again. I don't trust him, but I hope I can trust you. I will feel like I can let it go, if you promise me that.

I also want a written and verbal statement from Jasha admitting that I never threatened his dad, and promising to never contact me again.

I think these are reasonable requests after everything that's happened, and has continued to happen, for over two years. I want to be able to let this go, without worrying that if he abuses his power over another underage fan again, that I would feel partially responsible, because I knew what a monster he continued to be, and didn't speak up about it. If anything does happen again, at least I'll know that I did try, by making sure his managers also take responsibility for underage girls being brought backstage or on the bus, and will make sure that does not happen again. I need to make sure you will protect the underage girls at his shows from the predatory behavior that was exposed in those screenshots. No amount of posters he helps design, or cards at the merch table, change the fact that he has continued to terrorize me for no reason. His extreme manipulation and mistreatment of me has not changed, so I do not believe his behavior will change. Therefore, what I want is for YOU to make sure it doesn't happen again- and all I can do to protect myself is make sure my friends know I did not actually threaten his dad; and make sure he will never contact me again.

Thank you.

 **Gmail**

**Herman Tull <hermantull@gmail.com>**

---

## Fwd: Jasha
1 message

---

**Caeli La** <caeli426@gmail.com>           Wed, Feb 6, 2019 at 12:22 AM
To: spacejesusmusic@gmail.com, hermantull@gmail.com, spacejesusbass@gmail.com

---

Begin forwarded message:

**From:** Caeli La <caeli426@gmail.com>
**Date:** February 5, 2019 at 7:32:05 PM PST
**To:** Erik Gietzen <egietzen@c3mgmt.com>
**Cc:** Jay Rogovin <jrogovin@c3mgmt.com>
**Subject: Re: Jasha**

Please also clarify why you felt the need to state that there were no hard feelings or negativity. What have I done that would even possibly deserve that?

On Feb 5, 2019, at 7:12 PM, Erik Gietzen <egietzen@c3mgmt.com> wrote:

> Hey Caeli,
>
> We had the chance to speak with both Jasha and his dad over the weekend. Both Jasha and his dad agreed per your suggestion, that we cut contact here, and both he and his dad want to see this positively resolved for everyone. There are no hard feelings or negativity here, and we all truly believe this is the best way to put this behind us.
>
> As a team, we have been and will continue to stay committed to not only trying to make the dancefloor a safer place, but everywhere at shows. Our road teams have been taught to set the tone in leading with a good example and we are trying to spread the message so that other venues, their staff, and other artist teams join us in trying to do so - including by bringing awareness and some training to the venues that we play and having nightly meetings with venue staff. We aim to lead by example and hope that the message will spread and lead to a shift in the mentality in nightlife culture.
>
> Please let us if there is anything else you think we should be aware of and I appreciate you reaching out to Jay and I. We also hope this can be resolved in a positive manner.
>
> Thanks,
>
> Erik Gietzen
> **ARTIST MANAGER**
> --------
> egietzen@c3mgmt.com
> www.c3presents.com
> --------
> **C3 MANAGEMENT**
>
> On Sat, Feb 2, 2019 at 12:44 PM Erik Gietzen <egietzen@c3mgmt.com> wrote:
> > Hey Caeli,

Apologies for the delay getting back to you. We spent this week dealing with emergency logistical issues for our tours because of the Polar Vortex weather. We had multiple bus breakdowns in the same week and had to cancel a show in Buffalo.

As far as your previous email, we absolutely are and will continue to do our best to ensure that we, our crew, and venue teams all maintain a safe and law-abiding green room and promote/maintain a safe environment. To raise awareness and take actions that will continue to make a positive impact is a goal that we not only set for ourselves to uphold at our own shows, but to also spread throughout the rest of the music industry.

We also agree that it sounds like the situation between you and Jasha personally, is probably best left in a situation of non-contact. We will be meeting with him over the weekend and will discuss that with him, as well as discuss the issue with his dad with him.

We will reach out to you next week once we have had that conversation to hopefully get this all resolved.

Thanks,

Erik Gietzen
**ARTIST MANAGER**
--------
egietzen@c3mgmt.com
www.c3presents.com
--------
**C3 MANAGEMENT**


On Sat, Feb 2, 2019 at 9:54 AM Caeli La <caeli426@gmail.com> wrote:
> Sorry- I will reach out to everyone who currently works with Jasha *in any capacity-
> collaborators, promoters, sponsors, etc- and I will post this email thread in every
> relevant FB group as well.
>
> On Feb 2, 2019, at 9:50 AM, Caeli La <caeli426@gmail.com> wrote:
>
>
>> Hi Eric & Jay,
>>
>> You said we'd get on a call this week. The week is over. I don't have an
>> unlimited amount of time or patience to wait for you to handle this
>> appropriately. If I do not hear from you in the next few days, I will reach
>> out to Lekha, and forward her the emails I sent you, explaining everything.
>> If she is also unresponsive or unhelpful, then I will reach out to everyone
>> who currently works with Jasha is any capacity.
>>
>>
>> On Jan 31, 2019, at 4:06 PM, Caeli La <caeli426@gmail.com> wrote:
>>
>>
>>> In the interest of making this process as efficient as
>>> possible, I realize we do not necessarily need to talk on the
>>> phone in order to communicate what is most essential.
>>>
>>> In a nutshell, after my recent experiences with him, there is
>>> nothing you can say that would make me believe he has
>>> actually taken any real personal accountability, or learned
>>> from the situation in any real, meaningful way. If he really
>>> wanted to help heal rape culture in the music industry, he

would start with making amends in every situation where a girl/woman says he crossed a line... instead of continuing to terrorize me every time I have given him an opportunity to make things right.

Last month, he said he would show up in whatever way I needed for the healing process to finally happen. He said he wanted to take full accountability and apologize for everything. We met up, and he admitted the severe psychological, emotional and verbal abuse, threats to professionally blacklist me and have me fired from a job, etc, was entirely his responsibility, and that I never did anything to deserve or provoke any of it. He admitted to all of it, took accountability and apologized for all of it. We began the conversation with him saying we could talk or meet up as many times as needed. Shortly after that first conversation, we talked on the phone, and he suddenly flipped from Dr. Jekyll to Mr. Hyde, like he has done many times before. This time, he suddenly accused me of threatening his dad. I have never said or done anything even close to that. He goes from appearing very caring and genuine, to shockingly immoral and cruel. He apparently can't handle being wrong at all, because every time he does something wrong, he makes up vicious lies to try and turn the table on me. Going from asking me to unblock him and meet up, to suddenly threatening to tell the security guard I was a deranged stalker and have me removed from a job- because I politely told him his girlfriend probably wouldn't be cool with it- was another example of that. There have been many other similar situations, involving him spreading serious, damaging lies about me. I then found out that he had told Rob and several others that I threatened his dad.

You guys have put all the precautions and strategies in place to protect people in the crowd from other people in the crowd. Jasha's ongoing behavior has shown me that there is no reason to believe he won't continue acting immoral, self-serving, and abusing his power. I will be able to sleep better at night knowing that you guys know it is also your responsibility to make sure underage girls will never be brought backstage or on the bus again. I don't trust him, but I hope I can trust you. I will feel like I can let it go, if you promise me that.

I also want a written and verbal statement from Jasha admitting that I never threatened his dad, and promising to never contact me again.

I think these are reasonable requests after everything that's happened, and has continued to happen, for over two years. I want to be able to let this go, without worrying that if he abuses his power over another underage fan again, that I would feel partially responsible, because I knew what a monster he continued to be, and didn't speak up about it. If anything does happen again, at least I'll know that I did try, by making sure his managers also take responsibility for underage girls being brought backstage or on the bus, and will make sure that does not happen again. I need to make sure you will protect the underage girls at his shows from the predatory behavior that was exposed in those screenshots. No amount of posters he helps design, or cards at the merch

table, change the fact that he has continued to terrorize me for no reason. His extreme manipulation and mistreatment of me has not changed, so I do not believe his behavior will change. Therefore, what I want is for YOU to make sure it doesn't happen again- and all I can do to protect myself is make sure my friends know I did not actually threaten his dad; and make sure he will never contact me again.

Thank you.

                                               **Herman Tull <hermantull@gmail.com>**

## Fwd: Jasha
1 message

**Caeli La** <caeli426@gmail.com>                              Wed, Feb 6, 2019 at 1:24 PM
To: hermantull@gmail.com

Begin forwarded message:

> **From:** Caeli La <caeli426@gmail.com>
> **Date:** February 6, 2019 at 12:44:53 AM PST
> **To:** Erik Gietzen <egietzen@c3mgmt.com>
> **Cc:** Jay Rogovin <jrogovin@c3mgmt.com>
> **Subject: Re: Jasha**

Please also help me understand why you said "At no time during our conversation with them did anyone bring up you threatening his dad," when I specifically asked for a statement admitting that I did not threaten his dad, and you told me you were going to address my requests during this meeting?

On Feb 5, 2019, at 10:40 PM, Erik Gietzen <egietzen@c3mgmt.com> wrote:

> Hey Caeli,
>
> Looping Jay back in to this thread since I saw he was cc'd on the other email you sent but not this one.
>
> As far as getting a statement regarding threatening his dad, I think we can help to facilitate, but it would be more appropriate and applicable coming from his dad directly as he would be the best one to confirm that he does not feel that there was a threat made. At no time during our conversation with them did anyone bring up you threatening his dad.
>
> If Jasha agrees to write a statement agreeing to cease communication with you, would you also write a statement agreeing to do the same with him? I think that he would agree to doing so under the conditions that the agreement was mutual. We could help facilitate a cease communication form that you both sign if that is something you think work here.
>
> Addressing your question of why we stated that there was no hard feelings or negativity, I mentioned that because after speaking with Jasha and his dad, everyone agrees that having everyone agree to cease communication seems like the best way for everyone involved to hopefully move forward as positively with their life as possible.
>
> Please let us know if this would be agreeable to you.
>
> Thanks,
>
> Erik Gietzen
> **ARTIST MANAGER**
> --------
> egietzen@c3mgmt.com
> www.c3presents.com
> --------

**C3 MANAGEMENT**


On Tue, Feb 5, 2019 at 7:28 PM Caeli La <caeli426@gmail.com> wrote:
I'm confused. Why are you not responding to my request for a written and verbal statement from him clarifying that I never threatened his dad, and agreeing to leave me alone?

On Feb 5, 2019, at 7:12 PM, Erik Gietzen <egietzen@c3mgmt.com> wrote:

Hey Caeli,

We had the chance to speak with both Jasha and his dad over the weekend. Both Jasha and his dad agreed per your suggestion, that we cut contact here, and both he and his dad want to see this positively resolved for everyone. There are no hard feelings or negativity here, and we all truly believe this is the best way to put this behind us.

As a team, we have been and will continue to stay committed to not only trying to make the dancefloor a safer place, but everywhere at shows. Our road teams have been taught to set the tone in leading with a good example and we are trying to spread the message so that other venues, their staff, and other artist teams join us in trying to do so - including by bringing awareness and some training to the venues that we play and having nightly meetings with venue staff. We aim to lead by example and hope that the message will spread and lead to a shift in the mentality in nightife culture.

Please let us if there is anything else you think we should be aware of and I appreciate you reaching out to Jay and I. We also hope this can be resolved in a positive manner.

Thanks,

Erik Gietzen
**ARTIST MANAGER**
--------
egietzen@c3mgmt.com
www.c3presents.com
--------
**C3 MANAGEMENT**


On Sat, Feb 2, 2019 at 12:44 PM Erik Gietzen <egietzen@c3mgmt.com> wrote:
Hey Caeli,

Apologies for the delay getting back to you. We spent this week dealing with emergency logistical issues for our tours because of the Polar Vortex weather. We had multiple bus breakdowns in the same week and had to cancel a show in Buffalo.

As far as your previous email, we absolutely are and will continue to do our best to ensure that we, our crew, and venue teams all maintain a safe and law-abiding green room and promote/maintain a safe environment. To raise awareness and take actions that will continue to make a positive impact is a goal that we not only set for ourselves to uphold at our own shows, but to also spread throughout the rest of the music industry.

We also agree that it sounds like the situation between you and Jasha personally, is probably best left in a situation of non-contact. We will be meeting with him over the weekend and will discuss that with him, as well as discuss the issue with his dad with him.

We will reach out to you next week once we have had that conversation to hopefully get this all resolved.

Thanks,

Erik Gietzen
**ARTIST MANAGER**
--------
egietzen@c3mgmt.com
www.c3presents.com
--------
**C3 MANAGEMENT**


On Sat, Feb 2, 2019 at 9:54 AM Caeli La <caeli426@gmail.com> wrote:
Sorry- I will reach out to everyone who currently works with Jasha *in any capacity- collaborators, promoters, sponsors, etc- and I will post this email thread in every relevant FB group as well.

On Feb 2, 2019, at 9:50 AM, Caeli La <caeli426@gmail.com> wrote:

Hi Eric & Jay,

You said we'd get on a call this week. The week is over. I don't have an unlimited amount of time or patience to wait for you to handle this appropriately. If I do not hear from you in the next few days, I will reach out to Lekha, and forward her the emails I sent you, explaining everything. If she is also unresponsive or unhelpful, then I will reach out to everyone who currently works with Jasha is any capacity.


On Jan 31, 2019, at 4:06 PM, Caeli La <caeli426@gmail.com> wrote:

In the interest of making this process as efficient as possible, I realize we do not necessarily need to talk on the phone in order to communicate what is most essential.

In a nutshell, after my recent experiences with him, there is nothing you can say that would make me believe he has actually taken any real personal accountability, or learned from the situation in any real, meaningful way. If he really wanted to help heal rape culture in the music industry, he would start with making amends in every situation where a girl/woman says he crossed a line... instead of continuing to

terrorize me every time I have given him an opportunity to make things right.

Last month, he said he would show up in whatever way I needed for the healing process to finally happen. He said he wanted to take full accountability and apologize for everything. We met up, and he admitted the severe psychological, emotional and verbal abuse, threats to professionally blacklist me and have me fired from a job, etc, was entirely his responsibility, and that I never did anything to deserve or provoke any of it. He admitted to all of it, took accountability and apologized for all of it. We began the conversation with him saying we could talk or meet up as many times as needed. Shortly after that first conversation, we talked on the phone, and he suddenly flipped from Dr. Jekyll to Mr. Hyde, like he has done many times before. This time, he suddenly accused me of threatening his dad. I have never said or done anything even close to that. He goes from appearing very caring and genuine, to shockingly immoral and cruel. He apparently can't handle being wrong at all, because every time he does something wrong, he makes up vicious lies to try and turn the table on me. Going from asking me to unblock him and meet up, to suddenly threatening to tell the security guard I was a deranged stalker and have me removed from a job- because I politely told him his girlfriend probably wouldn't be cool with it- was another example of that. There have been many other similar situations, involving him spreading serious, damaging lies about me. I then found out that he had told Rob and several others that I threatened his dad.

You guys have put all the precautions and strategies in place to protect people in the crowd from other people in the crowd. Jasha's ongoing behavior has shown me that there is no reason to believe he won't continue acting immoral, self-serving, and abusing his power. I will be able to sleep better at night knowing that you guys know it is also your responsibility to make sure underage girls will never be brought backstage or on the bus again. I don't trust him, but I hope I can trust you. I will feel like I can let it go, if you promise me that.

I also want a written and verbal statement from Jasha admitting that I never threatened his dad, and promising to never contact me again.

I think these are reasonable requests after everything that's happened, and has continued to happen, for over two years. I want to be able to let this go, without worrying that if he abuses his power over another underage fan again, that I would feel partially responsible, because I knew what a monster he continued to be, and didn't speak up about it. If anything does happen again, at least I'll know that I did try, by making sure his managers also take responsibility for underage girls being brought backstage or on the bus, and will make sure that does not happen again. I need to make sure you will protect the underage girls at his shows from the predatory behavior that was exposed in those screenshots. No amount of posters he helps design, or cards at the merch table, change the fact that he has continued to terrorize me for no reason. His extreme manipulation and mistreatment of me has not changed, so I do not believe his behavior will change. Therefore, what I want is for YOU to make sure it doesn't happen again- and all I can do to protect myself is make sure my friends know I did not actually threaten his dad; and make sure he will never contact me again.

Thank you.

 **Gmail**                                    Herman Tull <hermantull@gmail.com>

---

# Fwd: Jasha
1 message

---

**Caeli La** <caeli426@gmail.com>                                    Fri, Feb 8, 2019 at 1:55 AM
To: spacejesusmusic@gmail.com, hermantull@gmail.com, spacejesusbass@gmail.com

---

Sent from my iPhone

Begin forwarded message:

> **From:** Caeli La <caeli426@gmail.com>
> **Date:** February 7, 2019 at 10:51:12 PM PST
> **To:** Erik Gietzen <egietzen@c3mgmt.com>
> **Cc:** Jay Rogovin <jrogovin@c3mgmt.com>
> **Subject: Re: Jasha**
>
> To recap: I told you that Jasha flipped a switch after supposedly taking full accountability and apologizing for everything; falsely accusing me, directly, of threatening his dad. I then found out that he had spread that severely damaging lie to Rob and several other people we both know. I asked for a written and verbal statement admitting that wasn't true. You told me you would address my requests with them in the meeting. You then told me that it hadn't come up at all, because they never mentioned it. Of course they never mentioned it, BECAUSE IT NEVER HAPPENED. Why would they bring up something that Jasha lied about, that didn't happen? I already told you it was a false accusation. So why would it matter to me that they didn't bring it up, when they would have no reason to bring up something that didn't happen? Why are you completely disregarding the fact that you told me you'd address my requests with them, and then didn't address that part at all? Why are you ignoring the part where I said he falsely accused me of threatening his dad? You really think it should mean something to me that they didn't mention it, when I specifically asked you to address the fact that he falsely accused and slandered me?
>
> He specifically accused me of threatening to go to his Dad's work and tell them he was supporting Jasha's abuse. As I've already made explicitly clear, that obviously never happened. I never said or did anything even close to that. This is not the first, or even second or third time that he has done this- completely flipped a switch, then made up extreme, vicious lies about me to justify his behavior. If this was an isolated incident, I wouldn't be talking to you about it. I have reached the end of the rope with this pattern of extreme manipulation and mistreatment, and I will not allow you to continue manipulating me on his behalf.
>
> > On Feb 7, 2019, at 12:36 PM, Caeli La <caeli426@gmail.com> wrote:
> >
> >
> > Sorry, parts of my last email got cut off- read this one instead.
> >
> >
> > I agree that talking on the phone is the best way to handle this going forward. However, if you intend to try and negotiate with me as if this conflict is a two-way street, and try to get me to provide the same thing that I am asking for, you either need to come prepared with evidence- even anecdotal evidence- to explain exactly what I have done to Jasha that requires him needing that from me, or be prepared for me to immediately end the conversation. I have already explained why I need it from him, and have offered to send you the screenshots to

back up everything I've said. If you do not have any evidence of me doing anything even remotely similar, and you make any mention of trying to get me to sign anything, or do anything for him in return, then the phone call will end immediately, and I will go to plan B.


Anytime tomorrow (Friday) between 1pm-6pm PST works for me.


> On Feb 7, 2019, at 12:34 PM, Caeli La <caeli426@gmail.com> wrote:
>
>
> I agree that talking on the phone is the best way to handle this going forward. However, if you intend to try and negotiate with me as if this conflict is a two-way street, and try to get me to provide the same thing that I am asking for, you either need to come prepared with evidence- even anecdotal evidence- to explain exactly what I have done to Jasha that requires him needing that from me. I have already explained why I need it from him and have offered to send you the screenshots to back up everything I've said. If you do not have any evidence of me doing anything even remotely similar, and you make any mention of trying to get me to sign anything, or do anything for him in return, then the phone call will immediately end, and I will go to plan B.



Herman Tull <hermantull@gmail.com>

## Re: Jasha
1 message

**Caeli La** <caeli426@gmail.com>                                      Fri, Feb 15, 2019 at 11:54 AM
To: Jay Rogovin <jrogovin@c3mgmt.com>
Cc: egietzen@c3mgmt.com

Also, Herman and Jasha should know that if either one of them had simply responded to my email and admitted that I never made a threat, none of this would have happened. The head of C3 wouldn't be hearing about it now. I don't understand why it was so hard for them, especially Herman, to simply write back and acknowledge that I never threatened him. They should know what an incredible shitstorm has been caused by their lack of response, and that it could have all been avoided if they had simply acknowledged my email.

On Feb 15, 2019, at 8:29 AM, Caeli La <caeli426@gmail.com> wrote:

Can we reschedule for Tuesday or Weds afternoon?

A few notes from the last call:

- you may have just been misspeaking, but at the end of the call you said "as long as you hold up your end of the bargain, we're all set." It is very important for you, Erik, Jasha, and everyone involved to understand that I am not making a bargain with you. I am not making any kind of agreement in return. I have nothing to hide, no past actions or behaviors towards Jasha or anyone to be ashamed of, and no reason whatsoever to make any kind of bargain or agreement. I am asking for him to admit that I never threatened his dad, and to promise to leave me alone. There will be no bargain or statement or agreement from me in return, because I never did anything that would warrant it.

- From what you told Charles and I, it's clear that Jasha told you there was "bad behavior" on both ends because I had reached out to him a lot over the last year. I only began reaching out to him again after the screenshots came out; Lily contacted me; then I contacted Mitchell; he told me the consent benefit would not happen unless I talked to Jasha and felt it was OK to move ahead; I talked to Jasha, he convinced me that he was going to do whatever I needed to make amends for his abusive behavior towards me in the past; told me he was going to follow up with me the Monday after the benefit; and then completely disappeared. When I finally heard from him nearly a week later, he told me he was too busy healing rape culture in the music industry to take the time to make amends to me. That is the only reason I have continued to contact him over the last year. Because he manipulated me into letting him play the consent benefit, then got away with it. I have not been able to sleep at night knowing he got away with it. I can't believe I was gullible enough to think he was actually going to take responsibility, and put in the work to right his wrongs.

- You said that it seemed like there must have been a point at which something happened and he started to become defensive. There actually was something that happened that caused him to start acting like that, and it involved Erik. When Jasha and I met up in person recently, he admitted to me that what Erik had done was misogynistic, and did have a huge affect on our relationship. I have been furious at Erik, ever since he told me what happened, and that's also partly why I asked Jay to take over. I didn't know that Erik was on the call last time until I saw the email afterwards, and I didn't want to talk about it without him present. I do think it's important to address, though, and I would like to talk about it on our next call.

It seems obvious to me, and everyone I know who's been close to him, that over 10 years of heavy drug use (especially ketamine and cocaine) has destroyed Jasha's ability to discern reality from delusion. The fact that he could directly accuse me of something so heinous, something so wildly untrue and completely fabricated (and the fact that this is the 5th time he's made up a horrific, delusional lie about me) indicates serious mental health issues. If you care about him as a human, not just a manager, you cannot brush that kind of alarming, delusional behavior under the rug. I want you guys to talk to him and find out exactly why he said that. If there is any possibility that he may have had reason to believe I threatened his dad, I deserve to know what that reason was. If he didn't have a reason to say that, then I want you guys to ask him why he said it, and please let me know his explanation.

- it's actually incredibly fucked up that you knew about my childhood trauma and addressed my childhood trauma without me ever once mentioning it. I don't know whether to blame Herman for sending you that email or you for screwing that up so bad. Either way, it's really bad that that happened, and I was in a stage of complete shock and dismay throughout the entire phone call after you mentioned what happened in my childhood. Herman should know what happened on the call and how bad that was. I don't think he should have sent you the email containing such personal information about me that I did not consent for him to share with anyone else, and it makes me wonder if he's just as much of a monster as Jasha.

On Feb 10, 2019, at 7:30 PM, Jay Rogovin <jrogovin@c3mgmt.com> wrote:

That's totally fine. I'm not back until next Monday FYI.

Hope you had a nice weekend and talk soon,
J

Jay Rogovin

ARTIST MANAGER

———————————

**C 3   M A N A G E M E N T**

52 Walker St, 4th Floor | NYC 10013

On Sun, Feb 10, 2019 at 10:24 PM Caeli La <Caeli La > wrote:
> Sorry, just had something come up and won't have enough time tonight- can we talk after you get back & can you hold off on asking
> Jasha to send the note until then? Just so everything can be fully sorted before that happens. Let me know if that works.
>
> On Feb 10, 2019, at 6:04 PM, Jay Rogovin <jrogovin@c3mgmt.com> wrote:
>
>
> Can we do 1030 est, sorry for the delay I'm home for less than 24hours before heading out of the country for a week.
> Lots of laundry and packing!
>
> Let's use the same dial in, if the time works for you.
>
> Jay Rogovin
>
> ARTIST MANAGER
>
> ———————————

**C 3   M A N A G E M E N T**

52 Walker St, 4th Floor | NYC 10013

On Sun, Feb 10, 2019 at 5:39 PM Caeli La <Caeli La > wrote:
> Would sometime between 8-10pm EST work?
>
> On Feb 10, 2019, at 1:51 PM, Jay Rogovin <jrogovin@c3mgmt.com> wrote:
>
>
> Just got home, please advise me of your schedule for the rest of the night.
>
> Jay Rogovin
>
> ARTIST MANAGER
>
> ———————————

**C 3   M A N A G E M E N T**

52 Walker St, 4th Floor | NYC 10013

On Sat, Feb 09, 2019 at 4:49 PM Jay Rogovin <Jay Rogovin > wrote:
> I'll be traveling tomorrow earlier, but will message you here when Im settled.
>
> Jay Rogovin
>
> ARTIST MANAGER
>
> ———————————

**C 3   M A N A G E M E N T**

52 Walker St, 4th Floor | NYC 10013

On Sat, Feb 9th, 2019 at 4:48 PM, Caeli La <caeli426@gmail.com> wrote:
> Sounds good. I should be free most of the day. Let me know when would be most
> convenient for you
>
> On Feb 9, 2019, at 11:29 AM, Jay Rogovin <jrogovin@c3mgmt.com> wrote:
>
>
> I can talk tomorrow.
>
> Jay Rogovin
>
> ARTIST MANAGER

_____

# C 3   M A N A G E M E N T

52 Walker St, 4th Floor | NYC 10013

On Sat, Feb 09, 2019 at 8:13 AM Caeli La <Caeli La > wrote:
> There are a couple things that didn't get properly addressed on the call. Can we
> briefly talk again sometime this weekend?

> On Feb 8, 2019, at 2:07 PM, Caeli La <caeli426@gmail.com> wrote:

>> It still doesn't make sense that you originally said you would
>> "address the issue with his dad with him" during the meeting, and
>> then came back after the meeting trying to get me to provide a
>> statement saying I won't contact him as well- with no mention of
>> the fact that you had said you would also address my request
>> about the threat... and then you said "at no time did anyone bring it
>> up," even though you had specifically told me you would bring it up.

>> Call is confirmed for 5pm PST.

>> On Feb 8, 2019, at 12:51 PM, Erik Gietzen
>> <egietzen@c3mgmt.com> wrote:

>>> Hey Caeli,

>>> Jay and I have been discussing our responses
>>> together on this and want to re-assure you that we
>>> are a neutral party in this discussion. You reached
>>> out to us and we want to help resolve this in a way
>>> that will allow you to move on positively from here the
>>> best you can.

>>> To address the dad issue, the reason why we did not
>>> directly ask them about you threatening his dad
>>> during our conversation with Jasha and his dad is
>>> because we were trying to feel both of their
>>> responses out in relation to the topic in order to see
>>> what information they wanted to volunteer first. We
>>> are simply trying to help move this convo forward
>>> with the main goal to help both sides to resolve this
>>> and wanted to feel them out in an honest way to see
>>> where they were at in order to help to mediate.

>>> As we were already talking with both of them together
>>> about this in detail, if they had felt you had
>>> threatened Jasha's dad, we thought they would
>>> definitely bring that up during our talk.

>>> We are looking to try and help get this situation
>>> resolved all around here and understand your want to
>>> get a note saying you did not threaten his dad 100%
>>> and still want to help you address that issue. As we
>>> mentioned before, we do think that having his dad
>>> write that statement would make the most sense, as
>>> it would be clearest coming from him, but we can
>>> discuss that during our call.

>>> We are all set for 5pm pst/8pm est. here is the dial in
>>> for our call.

>>> (605) 472-5724 - access code: 471172

>>> Talk to you soon.

>>> Erik Gietzen
>>> **ARTIST MANAGER**
>>> **--------**
>>> egietzen@c3mgmt.com
>>> www.c3presents.com
>>> **--------**
>>> **C3 MANAGEMENT**

>>> Sent from my iPhone

On Feb 8, 2019, at 1:45 PM, Caeli La
<caeli426@gmail.com> wrote:

> If you can agree to facilitate a written
> and verbal statement from Jasha
> admitting that I never threatened his
> dad, and agreeing not to contact me
> again, by the end of day today, then I
> will let Charles know it's been handled
> and there's no need for us to talk. It's
> important for me for Jasha to say it, not
> his dad. If there was any shadow of a
> doubt that his dad may have felt
> threatened by something I said or did,
> then it would be more meaningful
> coming from his dad, yes. However, I
> know with absolute certainty that I
> never said or did anything that could
> have made him feel threatened. I want
> to be able to share the statement with
> the people Jasha slandered me to,
> which is why it's important that it
> comes from him.

On Feb 8, 2019, at 10:50 AM, Erik
Gietzen <egietzen@c3mgmt.com>
wrote:

> Hey Caeli,
>
> We will give you a call
> tonight at 5pm PST/8pm
> EST to discuss all of this.
> We absolutely want to
> hear you out, and there's
> no need for negativity
> here in our conversation.
> We are a neutral party in
> this discussion and we
> want to have an open
> conversation and simply
> act as a mediator to help
> you resolve this and
> move on in a positive
> direction.
>
> Thanks,
>
> Erik Gietzen
> **ARTIST MANAGER**
> --------
> egietzen@c3mgmt.com
> www.c3presents.com
> --------
> **C3 MANAGEMENT**

On Fri, Feb 8, 2019 at
12:43 PM Caeli La
<caeli426@gmail.com>
wrote:

>> Please confirm the call
>> time today ASAP so I
>> can sort my schedule. I
>> think it would be best
>> for Jay to take over
>> from here, because the
>> way Eric has handled it
>> so far has been
>> manipulative, dishonest
>> and tone deaf.
>>
>> > On Feb 7, 2019, at
>> 11:05 PM, Caeli La
>> <caeli426@gmail.com>
>> wrote:

>
> Why didn't YOU bring
it up the fact that I said
he had falsely accused
me of threatening his
dad, and wanted a
verbal and written
statement admitting it
wasn't true? As you
can see in the previous
email I just sent, you
told me you would
discuss it with him.
>
> <image1.jpeg>
>

 **Gmail**                                    **Herman Tull <hermantull@gmail.com>**

---

## Fwd: Please get Jasha into rehab.
1 message

---

**Herman Tull** <hermantull@gmail.com>                                    Wed, Jul 3, 2019 at 5:03 PM
To: "S. Jeezy" <spacejesusmusic@gmail.com>, Jay Rogovin <jrogovin@c3mgmt.com>


Herman Tull
Princeton, NJ, USA

---------- Forwarded message ---------
From: **Caeli La** <caeli426@gmail.com>
Date: Tue, Jun 25, 2019, 12:25 PM
Subject: Please get Jasha into rehab.
To: <hermantull@gmail.com>


You need to know that he has a severe ketamine and cocaine addition, as well as alcohol and adderall. He had a drug induced psychotic break at bonnaroo and attacked my friend Christine. You are his parents, so you are the only ones who can get him to get help.

# Activity

 ballot in the **Voting Information Center**. 2w ‎‎‎‎‎‎‎‎‎ Visit

 **fuckthekkkops** mentioned you in a comment: @hermantull please read bc this def all applies to you as well. 2w 

 See your post from 3 years ago today. 3w 

 See your post from 2 years ago today. 3w 

 Make sure you're registered to vote in New Jersey for the US 2020 Election. **Change State** 4w  Register

 See your post from 2 years ago today. 4w 

 **dearlafayettecollege** and **onelovelafayette** started following you. 4w

## Earlier

 See your post from 2 years ago today. 5w 

