# Exhibit "G"

**From:** Caeli La <caeli426@gmail.com>
**Date:** September 5, 2016 at 3:13:21 PM EDT
**To:** "Lekha Tull, DDS, PC" <lekhatull@gmail.com>
**Subject: Fwd: Your E-Ticket – Ready for your Trip!**

Begin forwarded message:

> **From:** "Travelgenio" <donotreply@mailer.travelgenio.com>
> **Date:** August 31, 2016 at 12:29:20 PM EDT
> **To:** caeli426@gmail.com
> **Subject: Your E-Ticket – Ready for your Trip!**



# Dear MICHAELA

We would like to inform you that the amount has been charged and your booking has been successfully processed. This is your e-ticket. We suggest you print this document and that you carry it when you travel.

The booking code allows you to check in and obtain your boarding passes on the airline's website or at the airport check-in counter.

Thank you for choosing us. We wish you a pleasant trip.

Booking code: **3HRMF9**  Date: **8/31/2016**

## Your flight itinerary:

---

## Outgoing:

| | | |
|---|---|---|
| FLIGHT | UA 3434 - United Airlines | 9/11/2016 |
| DEPARTURE: | New York, US (Newark Intl.) | 9/11/2016 14:45 |
| ARRIVAL: | Portland, US (Portland Intl. Jetport) | 9/11/2016 16:05 |
| AIRLINE CODE: UA/MM2RNP | | |
| BOOKING CONFIRMED, Economy | | DURATION: 01:20 |

BAGGAGE ALLOWANCE: 0 Pieces
STOPS: -
OPERATED BY: United Airlines, UA

---

---

## E-tickets

---

TICKET: **016-2281400309** - **Higgins Michaela**

## General Information

---

Please check your travel information:
https://www.checkmytrip.com/CMTServlet?R=3HRMF9&L=US&N=Higgins

http://checkmyflight.travelgenio.com/Home/Index/en-US/209/3HRMF9/Higgins

Tips on online check in:
In order to get your boarding pass in advance, you should visit the airline's website and introduce the airline's booking code as well as the passengers name and/or last name as it appears in the booking or the email address given during the booking process. Online check-in conditions might change depending on each airline, therefore we suggest you verify the online check-in deadline on your airline's website.

CUSTOMER S

New iMessage — Cancel

To: Caele La Higgins

Why don't you believe me?

Austin, Erik and Sam were the friends who walked in

Ask them what they saw and heard

They witnessed it

I would never lie about something so serious

I tried every possible way to resolve this privately first

And he made my life a living hell instead of acknowledging what he had done and

iMessage



**4:37**

**New iMessage**  Cancel

To: **Caele La Higgins**

> And he made my life a living hell instead of acknowledging what he had done and apologizing privately

> Many people have tried to hold him accountable

> Many people experienced the same response from him as me

> I am just one of many

> 4 other people I know of contacted C3 to report similar harassment from him

> He is a severe drug addict

iMessage

 

**New iMessage**     Cancel

To: **Caele La Higgins**

> He has been for a long time

> He has a severe ketamine, cocaine and alcohol addictions

> And he does extremely bad things when he's blacked out

> He needs real help in order to stop destroying other people and himself and I really hope you make him get the help he needs

> He hasn't stopped hurting people

> This is the only way to

  iMessage 

New iMessage                Cancel

To: **Caele La Higgins**

I honestly believe it's just as much their fault and all the people around him who enabled and never gave him honest feedback, because they were all more concerned with using him to get ahead. This article explains how it happens really well and I believe that this, combined with the long term drug use, is why he started acting that way worse and worse over time. The person he became is not the jasha I knew. I believe with the right therapy and help to

iMessage

evidenceagainstspacejesus @lekhatull should I post the stories from Hannah, Sam, Austin, Jay, and even Jasha about how badly you abuse Joyce? I have many texts and emails describing how you have treated her like dirt from day 1 simply because she didn't come from a wealthy family; and ever since she and Janak got engaged, you've apparently been telling anyone who will listen that Joyce is only after your family's money. Everyone who knows Joyce knows she is an angel who most parents would be thrilled to have marrying their son. Everyone can see how real their love is. But you don't care, because you don't

Everyone can see how real their love is. But you don't care, because you don't care about love. You only care about power, status, hierarchy, and most of all, money. That's why you charge people for covid tests at your office, WHEN COVID TESTS ARE FREE. The first thing jasha ever said to me about you was "she hates Joyce because Joyce came from a poor family." I thought he was exaggerating, but you proved it to be true time and time again, and you have apparently only gotten more vocal and aggressive in your campaign to destroy their relationship. Every. Single. Person who knows Jasha

       

 Add a comment...

Person who knows Jasha well said they blame you for the monster he became, because you are his biggest enabler BY FAR. For his entire life, you taught him that he never has to have consequences for his actions. You never taught him right from wrong. You only taught him to dominate, manipulate, profit, and exploit. He never learned how to take responsibility for his actions because you and Herman never taught him how. You spoiled him ROTTEN. I actually have a lot of compassion for him because I don't know how anyone who was raised by you could avoid turning out the way he did.

❤️ 💕 🎉 😍 😁 🙏 🤩 🌸


Add a comment...

 
   

53 views • Liked by **huxley_anne_** and **silveykitty**

**lekhatull** #brahmakamal this means the flower of Brahma = God of creation! This is the most amazing flower I... more

10 hours ago

 **xxeyeseaxx** @hannahboomjune so embarrassed for you watching you like this woman's posts after she forced you to drive hours out of your way to get a COVID test at her office before you could go see her precious r*pist p*do son, then sent you a bill charging you for the covid test (COVID TESTS ARE FREE)!!! Only a truly evil psychopath would charge people for a free COVID test, let alone their son's friends. That's just the tip of the iceberg on how Lekha and Jasha have treated you and Sam. How the fuck are you still sucking up to this woman after she publicly attacked so many of Jasha's victims? Do y'all need a reminder that 37 VICTIMS CAME FORWARD INCLUDING MULTIPLE UNDERAGE GIRLS? How the fuck can you support his mom after she enabled him so badly, and attacked his victims so publicly? And publicly attacked every artist who spoke out about the allegations? How the fuck do you sleep at night Hannah?

4m    Reply

      

  Add a comment...