# Exhibit "H"

# Instagram

    



...red multiple direct messa,,
rage women who had accused both
stepower Records head Datsik and EDM
artist Space Jesus of sexual assault and
rape. Though users clarified Datsik was
significantly complicit in the action, Space
Jesus, too was implicated in the alleged
actions, in at least more than one occasion.

I've gotten multiple DMs of Datsik
& Space Jesus in scenarios of
*eeping with underage girls

## evidenceagainstspacejesus      

**71 posts**     **6,331 followers**     **7,469 following**

I delete all comments attacking Jasha's victims, myself included, & block all SJ/Yheti
stans
Yes it is I, @caelila, out to destroy Jasha's career... 🙄
www.youredm.com/2020/06/29/space-jesus-hosts-ig-live-ama-in-response-to-sex...

Followed by **blueydwright_tvl**

   
...red multiple direct messag.,
..rage women who had accused both
.repower Records head **Datsik** and EDM
artist **Space Jesus** of sexual assault and
rape. Though users clarified Datsik was
significantly complicit in the actions, Space
Jesus, too was implicated in the alleged
actions, in at least more than one occasion.

**I**'ve gotten multiple DMs of Datsik
& Space Jesus in scenarios of
'---ping with underage girls

# evidenceagainstspacejesus    Follow  ···

**82** posts     **5,779** followers     **7,437** following

I delete all comments attacking Jasha's victims, myself included & block all SJ/Yheti fans
Yes it is I @caelislaysdemons out to destroy his career 🙄
thisisperfectharmony.com/2020/11/11/evidence-against-space-jesus-interview

Followed by **blueydwright_tvl**




10.31.20



7.12.20



7.17.20



7.8.20



7.4.20



7.1.20



6.26.20



**ABOLISH AMERIKKKA**
@caelila

Replying to @caelila

In June, I created an Instagram page, @evidenceagaintspacejesus. Space Jesus (Jasha Tull), an EDM DJ and ex-boyfriend of mine, is a serial rapist and predator. 37 other victims came forward after I created the page, including some underage girls.

1:37 PM · Sep 11, 2020 · Twitter for iPhone



@caelila

I obviously did not want to keep having sex in front of his friends (who I had just met, so it was extra embarrassing). I tried to push him off me and stop when they walked in. He refused to get off, kept pinning me down, and kept going.

11:42 AM · 5/23/20 · Twitter for iPhone



evidenceagainstspacejesu · Follow ···

evidenceagainstspacejesus
#spacejesus

33w



trash.kat @taliianicole ♡

32w Reply

View replies (1)

cakeykasey @nizoleee ♡

32w Reply

aurorajusticeee @sean.spratt.10 ♡

♡ ◯ ◁ ▢

326 likes

JUNE 20, 2020

☺ Add a comment...



**@caelila**

He looked at his friends and said "what if I told you guys I was inside her right now?" I shrieked and his under the covers, humiliated. I told him how it made me feel right afterwards. His response was to tell me "I love you" for the first time,

11:42 AM · 5/23/20 · Twitter for iPhone



evidenceagainstspacejesu · **Follow** ···

evidenceagainstspacejesus
#spacejesus

33w

trash.kat @taliianicole

32w   Reply

—— View replies (1)

cakeykasey @nizoleee

32w   Reply

aurorajusticeee @sean.spratt.10

326 likes

JUNE 20, 2020

Add a comment...



@caelila

the day after promising he wouldn't say that for a while. The next day, I tried to talk to him about it again. I said "I really didn't like that," and his response was "well, I did. I liked it a lot."

11:42 AM · 5/23/20 · Twitter for iPhone

ıl View Tweet activity

 evidenceagainstspacejesu · Follow ...

 evidenceagainstspacejesus
#spacejesus

33w



trash.kat @taliianicole

32w  Reply

—— View replies (1)

cakeykasey @nizoleee

32w  Reply

aurorajusticeee @sean.spratt.10

326 likes

JUNE 20, 2020

Add a comment...

Incident 1 (June 8th, 2016): The first time Jasha and I hung out, we kissed for about two seconds before he pulled my underwear aside (I was wearing a dress), and entered me without a condom. It happened so fast, I did not realize what was happening until he was already inside me. I froze and was not able to process it until I went to therapy. I justified it at the time, even though I knew it was wrong, because he was sweeping me off my feet and saying things that were incredibly, over the top romantic. "He's just feeling so passionate, he can't help himself," etc - essentially, "boys will be boys." I now know that that outdated concept is a cornerstone of rape culture. I was not given an opportunity to consent to unsafe sex the first time. I froze, went into denial, and let it happen. I began a consensual relationship with him after that. We ended up dating for about 5 months.

Incident 2 (about a week later): We were sharing a room with his manager and two of his close friends after his show. We were alone in the room, having sex, when they walked in. I immediately tried to push him off. He wouldn't stop, and then said out loud to them "what if I told you guys I was inside of her right now?" I told him that made me extremely uncomfortable, and I really didn't



evidenceagainstspacejesu · Follow  ···

evidenceagainstspacejesus I wrote this statement almost exactly a year ago, on July 10th, 2019. I got a cease and desist letter in response, which is why I wasn't able to post it until now. Since Jasha has now fully admitted to one of the main allegations I initially contacted them about (drinking, doing drugs and having sex with a 17 yr old- not in Oklahoma, as he claimed, but actually in Knoxville, where the age of consent is 18), I can finally share my story without living in fear of George W. Bush's attorney general's law firm coming after me. It's hard to express how much it means to me to finally be able to post this. Thank you all so much for helping start a whole movement just by supporting this account. I had told so

   

232 likes

JULY 19, 2020

 Add a comment...

Incident 1 (June 8th, 2016): The first time Jasha and I hung out, we kissed for about two seconds before he pulled my underwear aside (I was wearing a dress), and entered me without a condom. It happened so fast, I did not realize what was happening until he was already inside me. I froze and was not able to process it until I went to therapy. I justified it at the time, even though I knew it was wrong, because he was sweeping me off my feet and saying things that were incredibly, over the top romantic. "He's just feeling so passionate, he can't help himself," etc - essentially, "boys will be boys." I now know that that outdated concept is a cornerstone of rape culture. I was not given an opportunity to consent to unsafe sex the first time. I froze, went into denial, and let it happen. I began a consensual relationship with him after that. We ended up dating for about 5 months.

Incident 2 (about a week later): We were sharing a room with his manager and two of his close friends after his show. We were alone in the room, having sex, when they walked in. I immediately tried to push him off. He wouldn't stop, and then said out loud to them "what if I told you guys I was inside of her right now?" I told him that made me extremely uncomfortable, and I really didn't



evidenceagainstspacejesu · Follow ···

nard to express now mucn it means to me to finally be able to post this. Thank you all so much for helping start a whole movement just by supporting this account. I had told so many of our mutual friends about my experience with him, and showed them the evidence about the underage girls, and for so long, nobody cared; because they didn't want to stop riding his coattails. When I made this account, I really didn't think anyone would care, because nobody did, for so long. They just kept supporting him anyway. The response I got from thousands of "strangers" on the Internet over the last month has been the most validating, healing feeling in the world and has really helped to restore my faith in humanity. Thank you all for caring

232 likes

JULY 19, 2020

Add a comment...

like it. His only response was "well I did, I liked it a lot."

Incident 3 (February 2017, four months after we broke up): He texted me asking me to unblock him. We were talking about meeting up at a festival we would both be performing at in a couple weeks. When I found out he'd gotten back with his ex, I politely said it wasn't a good idea for us to meet up, because I knew she wouldn't be ok with it. He responded by threatening to tell the security guard that I was a deranged stalker, and have me thrown out- aka fired. He knew it was the highest paying gig I'd ever had. He then said he was putting it in his contract that I would be banned from every future event he played. I was booked to perform at 3 more festivals where he was playing that summer, and I spent the entire summer hiding in fear from him. I experienced severe PTSD symptoms when I ran into him at those festivals, including hyperventilating and throwing up, completely sober, at two different festivals. I was then diagnosed with PTSD from my traumatic experiences with him.

During the conversation where he threatened my dance career, he was severely verbally abusive. I would share the screenshots, but unfortunately, he lied and said that one of his

evidenceagainstspacejesu · Follow · · ·

I made this account, I really didn't think anyone would care, because nobody did, for so long. They just kept supporting him anyway. The response I got from thousands of "strangers" on the Internet over the last month has been the most validating, healing feeling in the world and has really helped to restore my faith in humanity. Thank you all for caring enough and showing me more love and support than I have ever felt in my life. I'll keep you updated on the legal process as much as possible ♥ I LOVE YOU! Thanks for making me believe in PLUR again #spacejesus #huxleyanne #edm

29w





232 likes

JULY 19, 2020


 Add a comment...

family members had said something horrific, which I later found out was not true. In the interest of protecting their privacy, I will only share those screenshots- and the many other emails and texts I have- if Jasha denies anything I'm saying. Minutes after asking me to unblock him, he threatened to tell the security guard that I was a deranged stalker, have me fired, and destroy my future career... all because I politely said that I did not want to meet up with him.

Incident 4 (March 15th, 2018): Jasha was publicly accused of being involved in multiple accounts of sexual misconduct with Datsik. There were screenshots posted on his page and in several groups that showed evidence that Jasha had given drugs and alcohol to underage girls (17/18), before having sex with them.

He denied the allegations mentioned in the Dancing Astronaut article that broke the story, and then ignored the screenshots, even though multiple people posted them in the comments on his post. He then threw a consent benefit a week later. I knew someone at the organization he was throwing it with, and I sent them the screenshots. I CC'd Jasha on the email. They agreed that the screenshots raised serious issues regarding



evidenceagainstspacejesu · Follow · · ·

I made this account. I really didn't think anyone would care, because nobody did, for so long. They just kept supporting him anyway. The response I got from thousands of "strangers" on the Internet over the last month has been the most validating, healing feeling in the world and has really helped to restore my faith in humanity. Thank you all for caring enough and showing me more love and support than I have ever felt in my life. I'll keep you updated on the legal process as much as possible ♥ I LOVE YOU! Thanks for making me believe in PLUR again #spacejesus #huxleyanne #edm

29w

   

232 likes

JULY 19, 2020

 Add a comment...

consent, and planned a meeting to address it. Before that happened, Jasha called and convinced me that he was taking full accountability, and doing everything in his power to do the right thing. He offered to speak with me the following Monday, to finally take full accountability and apologize for all the extremely twisted verbal/psychological/ emotional abuse, and for threatening to destroy my career. We agreed that I would tell the organization there was no need to stop him from playing anymore, because he was finally doing the work to take full accountability and make amends.

When Monday came, he completely ghosted. When I finally got in touch with him 4 days later, he told me that he was so busy "becoming a leader in the music industry to help heal rape culture," that he no longer had time to make amends to me.

I would periodically reach out and let him know that it was not ok that he conned me into letting him play the benefit, and then never followed through on his promise. It showed that he had not actually changed, and didn't really care about taking accountability at all. If he really wanted to become a leader in the music industry to help heal rape culture, the first thing he would have done is make

**evidenceagainstspacejesu** · Follow  ···

I made this account. I really didn't think anyone would care, because nobody did, for so long. They just kept supporting him anyway. The response I got from thousands of "strangers" on the Internet over the last month has been the most validating, healing feeling in the world and has really helped to restore my faith in humanity. Thank you all for caring enough and showing me more love and support than I have ever felt in my life. I'll keep you updated on the legal process as much as possible ♥ I LOVE YOU! Thanks for making me believe in PLUR again #spacejesus #huxleyanne #edm

29w



232 likes

JULY 19, 2020

Add a comment...

amends to any women he mistreated / threatened / abused.

Finally, in November 2018, I told him that I was going to send those screenshots to all the promoters who had booked him. He immediately responded, and offered to do whatever I wanted to make peace. We met up in a park and talked for a few hours. Once again, he almost had me convinced that he had finally seen the light. He admitted to everything, admitted that I had never done anything to deserve any of it, and profusely apologized. Then, suddenly, two days later, he told me over the phone that I had done things to him that were just as bad as what he'd done to me. I asked what they were. He said that I had threatened to go to his dad's job and tell them he was supporting Jasha's abuse; and another completely fabricated lie, which I will keep private- unless I am forced to publicly back up this statement- because it regards very personal information about Jasha that only feels right to share if it's really necessary.

It was shocking to the core for him to make up such extreme lies. At that point, I realized there was no way we could have a rational or productive conversation, so I contacted his managers. I spent the next few months trying to work out a resolution with them internally.

I made this account, I really didn't think anyone would care, because nobody did, for so long. They just kept supporting him anyway. The response I got from thousands of "strangers" on the Internet over the last month has been the most validating, healing feeling in the world and has really helped to restore my faith in humanity. Thank you all for caring enough and showing me more love and support than I have ever felt in my life. I'll keep you updated on the legal process as much as possible ♥ I LOVE YOU! Thanks for making me believe in PLUR again #spacejesus #huxleyanne #edm

29w

    

232 likes

JULY 19, 2020

 Add a comment...  

Right before we were supposed to get on the last call to wrap things up, a group organized online to protest Jasha playing a show in Oakland, CA, because of the screenshots. I found out that one of the organizers had witnessed sexual misconduct by Jasha in a green room, and saw several additional screenshots of people saying they either witnessed or experienced similar situations. After I found out that he had done the same thing to Dia/Kiki the first time they had sex, and also threatened to destroy her dance career shortly after she broke things off with him, I realized that a private, internal resolution was not possible. The only way to protect young, vulnerable, even underage fans and others from his well-established patterns of abuse is sharing our stories, along with all the other accounts that have been previously publicly shared, and more recent accounts that were privately messaged (with their permission) after Dia/Kiki's initial post.

The primary motivating factor to share my experience now was seeing the wave of doxxing, shaming and misogyny that was unleashed on Dia/Kiki by Jasha, his girlfriend, Huxley Anne, and their fans/supporters. Somehow, people completely disregarded the



I made this account. I really didn't think anyone would care, because nobody did, for so long. They just kept supporting him anyway. The response I got from thousands of "strangers" on the Internet over the last month has been the most validating, healing feeling in the world and has really helped to restore my faith in humanity. Thank you all for caring enough and showing me more love and support than I have ever felt in my life. I'll keep you updated on the legal process as much as possible ♥ I LOVE YOU! Thanks for making me believe in PLUR again #spacejesus #huxleyanne #edm

29...



  

**232 likes**

JULY 19, 2020

 Add a comment...

  

53 views • Liked by **huxley_anne_** and **silveykitty**

**lekhatull** #brahmakamal this means the flower of Brahma = God of creation! This is the most amazing flower I... more

10 hours ago



**xxeyeseaxx** @hannahboomjune so embarrassed for you watching you like this woman's posts after she forced you to drive hours out of your way to get a COVID test at her office before you could go see her precious r*pist p*do son, then sent you a bill charging you for the covid test (COVID TESTS ARE FREE)!!! Only a truly evil psychopath would charge people for a free COVID test, let alone their son's friends. That's just the tip of the iceberg on how Lekha and Jasha have treated you and Sam. How the fuck are you still sucking up to this woman after she publicly attacked so many of Jasha's victims? Do y'all need a reminder that 37 VICTIMS CAME FORWARD INCLUDING MULTIPLE UNDERAGE GIRLS? How the fuck can you support his mom after she enabled him so badly, and attacked his victims so publicly? And publicly attacked every artist who spoke out about the allegations? How the fuck do you sleep at night Hannah?

4m     Reply

      

 Add a comment...



**ABOLISH AMERIKKKA**
@caelila

Replying to @caelila

In June, I created an Instagram page,
@evidenceagaintspacejesus. Space Jesus (Jasha Tull), an
EDM DJ and ex-boyfriend of mine, is a serial rapist and
predator. 37 other victims came forward after I created
the page, including some underage girls.

1:37 PM · Sep 11, 2020 · Twitter for iPhone

tↄ ABOLISH AMERIKKKA Retweeted



**shambhalaaa888**
@shambhalaaa888

Replying to @yhetimusic @katieindica and 3 others

I let him know. Will u also reach out to @caelila to make things right, since you lied about playing the show at CoSM the night SJ raped her, & lied about seeing her the morning after? Will u also apologize to @gjonesbass for falsely claiming he was there?
instagram.com/p/CDhFcKtg01B/...



12:13 PM · Aug 9, 2020 · Twitter for iPhone



**ABOLISH AMERIKKKA**
@caelila

Replying to @caelila

@yhetimusic was not there the night Jasha raped me, as he claims. He did not play that show at CoSM, & neither did G Jones. It's hard to wrap my head around why Tyler would lie about being there, when he was actually playing a show at Irish Bob's Pub with Levitation Jones (1/2)



12:05 PM · Aug 5, 2020 · Twitter for iPhone

**1** Quote Tweet    **6** Likes



**ABOLISH AMERIKKKA** @caelila · Jul 23
never witnessed any of this before. I sent him the evidence for one of the most egregious allegations, which Jasha himself has now acknowledged is true. The fact that Yheti has continued to label me an "abuser" for reaching out to him a total of 5 times over 4 YEARS to try (6/8)

 1             5      



**ABOLISH AMERIKKKA** @caelila · Jul 23
and share my story about jasha, and show him the evidence about the 17 year old, has further retraumatized me in a way words cannot describe. I am nauseous and shaking as I write this because I still feel so deeply hurt by Yheti and Arion (HoneyBee)'s lies and horrific (7/8)

 1             5      



**ABOLISH AMERIKKKA**
@caelila

(1/7) I wrote this statement almost exactly a year ago, on July 10th, 2019. I got a cease and desist letter in response, which is why I wasn't able to post it until now. Since Jasha has now fully admitted to one of the main allegations I initially contacted them about (drinking,

relationship with him after that. We ended up dating for about 5 months.

Incident 2 (about a week later): We were sharing a room with his manager and two of his close friends after his show. We were alone in the room, having sex, when they walked in. I immediately tried to push him off. He wouldn't stop, and then said out loud to them "what if I told you guys I was inside of ~~his unblock him, he threatened to tell the~~ security guard that I was a deranged stalker, have me fired, and destroy my future career... all because I politely said that I did not want to meet up with him.

Incident 4 (March 15th, 2018): Jasha was publicly accused of being involved in multiple accounts of sexual misconduct with Datsik. There were screenshots posted on his page and in several groups that showed evidence

like it. His only response was "well I did, I liked it a lot."

Incident 3 (February 2017, four months after we broke up): He texted me asking me to unblock him. We were talking about meeting up at a festival we would both be performing at in a couple weeks. When I found out he'd gotten back with his ex, I politely said it wasn't a good idea for us to meet up, because I knew ~~later, he told me that he was so busy~~ "becoming a leader in the music industry to help heal rape culture," that he no longer had time to make amends to me.

I would periodically reach out and let him know that it was not ok that he conned me into letting him play the benefit, and then never followed through on his promise. It showed that he had not actually changed, and ~~didn't really care about taking accountability~~

MF NOOM and HUXLEY ANNE

11:56 AM · Jul 19, 2020 · Twitter for iPhone

Incident 1 (June 8th, 2016): The first time Jasha and I hung out, we kissed for about two seconds before he pulled my underwear aside (I was wearing a dress), and entered me without a condom. It happened so fast, I did not realize what was happening until he was already inside me. I froze and was not able to process it until I went to therapy. I justified it at the time, even though I knew it was wrong, because he was sweeping me off my feet and saying things that were incredibly, over the top romantic. "He's just feeling so passionate, he can't help himself," etc - essentially, "boys will be boys." I now know that that outdated concept is a cornerstone of rape culture. I was not given an opportunity to consent to unsafe sex the first time. I froze, went into denial, and let it happen. I began a consensual relationship with him after that. We ended up dating for about 5 months.

Incident 2 (about a week later): We were sharing a room with his manager and two of his close friends after his show. We were alone in the room, having sex, when they walked in. I immediately tried to push him off. He wouldn't stop, and then said out loud to them "what if I told you guys I was inside of her right now?" I told him that made me extremely uncomfortable, and I really didn't



**ABOLISH AMERIKKKA**
@caelila

(1/7) I wrote this statement almost exactly a year ago, on July 10th, 2019. I got a cease and desist letter in response, which is why I wasn't able to post it until now. Since Jasha has now fully admitted to one of the main allegations I initially contacted them about (drinking,

11:56 AM · Jul 19, 2020 · Twitter for iPhone

**7** Retweets  **22** Likes

               



**ABOLISH AMERIKKKA** · Jul 19
Replying to @caelila

(2/7) doing drugs and having sex with a 17 yr old- not in Oklahoma, as he claimed, but actually in Knoxville, where the age of consent is 18), I can finally share my story w/o living in fear of George W. Bush's attorney general's law firm coming after me. It's hard to express

MF NOOM and HUXLEY ANNE



**ABOLISH AMERIKKKA**
@caelila

Replying to @caelila

(2/7) doing drugs and having sex with a 17 yr old- not in Oklahoma, as he claimed, but actually in Knoxville, where the age of consent is 18), I can finally share my story w/o living in fear of George W. Bush's attorney general's law firm coming after me. It's hard to express

threatened / abused.

Finally, in November 2018, I told him that I was going to send those screenshots to all the promoters who had booked him. He immediately responded, and offered to do whatever I wanted to make peace. We met up in a park and talked for a few hours. Once again, he almost had me convinced that he had finally seen the light. He admitted to that it's very common for victims to have consensual relationships with their abusers, before and after abuse. A vast array of scientific studies on how trauma affects the brain will show you why. It is sickening that they thought they could discredit her simply by showing that she once had a consensual relationship with him.

It's also appalling that they would try to

accounts that were privately messaged (with their permission) after Dia/Kiki's initial post.

The primary motivating factor to share my experience now was seeing the wave of doxxing, shaming and misogyny that was unleashed on Dia/Kiki by Jasha, his girlfriend, Huxley Anne, and their fans/supporters. Somehow, people completely disregarded the

Anne said: "we went back to our campsite to find her sitting on another DJ's lap, with a bottle of whiskey in her hand, making out with him." ...A BOTTLE OF WHISKEY IN HER HAND. This is just one example of many, where they told totally unnecessary stories (which were not even true), for the sole purpose of shaming and discrediting her. People tend to say a lot of unnecessary shit when they lie. With this example, it's particularly ironic, given the widely

👤 MF NOOM and HUXLEY ANNE

11:56 AM · Jul 19, 2020 · Twitter for iPhone

amends to any women he mistreated / threatened / abused.

Finally, in November 2018, I told him that I was going to send those screenshots to all the promoters who had booked him. He immediately responded, and offered to do whatever I wanted to make peace. We met up in a park and talked for a few hours. Once again, he almost had me convinced that he had finally seen the light. He admitted to everything, admitted that I had never done anything to deserve any of it, and profusely apologized. Then, suddenly, two days later, he told me over the phone that I had done things to him that were just as bad as what he'd done to me. I asked what they were. He said that I had threatened to go to his dad's job and tell them he was supporting Jasha's abuse; and another completely fabricated lie, which I will keep private- unless I am forced to publicly back up this statement- because it regards very personal information about Jasha that only feels right to share if it's really necessary.

It was shocking to the core for him to make up such extreme lies. At that point, I realized there was no way we could have a rational or productive conversation, so I contacted his managers. I spent the next few months trying to work out a resolution with them internally.

»

→

 

**ABOLISH AMERIKKKA**
@caelila

Replying to @caelila

(2/7) doing drugs and having sex with a 17 yr old- not in Oklahoma, as he claimed, but actually in Knoxville, where the age of consent is 18), I can finally share my story w/o living in fear of George W. Bush's attorney general's law firm coming after me. It's hard to express

11:56 AM · Jul 19, 2020 · Twitter for iPhone

**2** Likes

   

 **ABOLISH AMERIKKKA** · Jul 19
Replying to @caelila

(3/7) how much it means to me to finally be able to post this. Thank you all so much for helping start a whole movement just by supporting this account. I had told so many of our mutual friends about my experience with him, and showed them the evidence about the underage girls,

over his friends there, and was too much the center of attention. I have not been in touch with Dia/Kiki since then, and was unaware of her story until the IG posts by her and Bleep Bloop on June 20th. I have done everything in my power since then to write and share my story with full integrity. If Jasha is now going to try and do the same thing he did to Kiki to me-

Right before we were supposed to get on the last call to wrap things up, a group organized online to protest Jasha playing a show in Oakland, CA, because of the screenshots. I found out that one of the organizers had witnessed sexual misconduct by Jasha in a green room, and saw several additional screenshots of people saying they either witnessed or experienced similar situations. After I found out that he had done the same thing to Dia/Kiki the first time they had sex, and also threatened to destroy her dance career shortly after she broke things off with him, I realized that a private, internal resolution was not possible. The only way to protect young, vulnerable, even underage fans and others from his well-established patterns of abuse is sharing our stories, along with all the other accounts that have been previously publicly shared, and more recent accounts that were privately messaged (with their permission) after Dia/Kiki's initial post.

The primary motivating factor to share my experience now was seeing the wave of doxxing, shaming and misogyny that was unleashed on Dia/Kiki by Jasha, his girlfriend, Huxley Anne, and their fans/supporters. Somehow, people completely disregarded the



**ABOLISH AMERIKKKA**
@caelila

Replying to @caelila

(2/7) doing drugs and having sex with a 17 yr old- not in Oklahoma, as he claimed, but actually in Knoxville, where the age of consent is 18), I can finally share my story w/o living in fear of George W. Bush's attorney general's law firm coming after me. It's hard to express

11:56 AM · Jul 19, 2020 · Twitter for iPhone

**2** Likes

   



**ABOLISH AMERIKKKA** · Jul 19
Replying to @caelila

(3/7) how much it means to me to finally be able to post this. Thank you all so much for helping start a whole movement just by supporting this account. I had told so many of our mutual friends about my experience with him, and showed them the evidence about the underage girls,

over his friends there, and was too much the center of attention. I have not been in touch with Dia/Kiki since then, and was unaware of her story until the IG posts by her and Bleep Bloop on June 20th. I have done everything in my power since then to write and share my story with full integrity. If Jasha is now going to try and do the same thing he did to Kiki to me-

Anne said: "we went back to our campsite to find her sitting on another DJ's lap, with a bottle of whiskey in her hand, making out with him." ...A BOTTLE OF WHISKEY IN HER HAND. This is just one example of many, where they told totally unnecessary stories (which were not even true), for the sole purpose of shaming and discrediting her. People tend to say a lot of unnecessary shit when they lie. With this example, it's particularly ironic, given the widely known extent of Jasha and Gina's severe drug use. Jasha has publicly said "do drugs" on stage, to 16+ crowds, yet they think it somehow makes sense to insidiously shame her for having a bottle of whiskey in her hand at a festival? After Dia/Kiki shares her story, I will share a much more in depth account as well. It felt necessary to share the most extreme experiences I had with him as soon as possible, in order to back up Dia/Kiki in the wake of all the shaming and doxxing Jasha and Gina (Huxley Anne) unleashed on her, since our experiences were so similar. I only met Dia/Kiki once, briefly, when Jasha introduced us at Shambhala, and told me that he wanted me to make an effort to become friends with her, because "she had a lot of control over her friends." This was a particularly unsettling comment, because he had told me a week before that he moved away from New York





**ABOLISH AMERIKKKA**
@caelila

Replying to @caelila

(2/7) doing drugs and having sex with a 17 yr old- not in Oklahoma, as he claimed, but actually in Knoxville, where the age of consent is 18), I can finally share my story w/o living in fear of George W. Bush's attorney general's law firm coming after me. It's hard to express

11:56 AM · Jul 19, 2020 · Twitter for iPhone

**2** Likes

  



**ABOLISH AMERIKKKA** · Jul 19
Replying to @caelila

(3/7) how much it means to me to finally be able to post this. Thank you all so much for helping start a whole movement just by supporting this account. I had told so many of our mutual friends about my experience with him, and showed them the evidence about the underage girls,

> over his friends there, and was too much the center of attention. I have not been in touch with Dia/Kiki since then, and was unaware of her story until the IG posts by her and Bleep Bloop on June 20th. I have done everything in my power since then to write and share my story with full integrity. If Jasha is now going to try and do the same thing he did to Kiki to me- lie, slander, shame, deny- I have more than enough witnesses and receipts. He can try to

↻ ABOLISH AMERIKKKA Retweeted

 **usagi** @deadsoonshawty · Jul 5 ⌄

burnt all our pedophile merch last night :) FUCK YOU @spacejesus @bassnectar @chrisdelia 2020 is for WOMEN! cheers



GIF

◯ 2          ↻ 4          ♡ 23          ⬆

 ABOLISH AMERIKKKA Retweeted



**D Moneyy**
@Dmoney0101

So disheartening to see @bassnectar @spacejesus and @NahkoBear exposed as sexual predators all in one week... Just about as disheartening as all the artists I thought were good people that continue to defend them🤷‍♂️😢 #BelieveWomen

5:57 PM · Jul 3, 2020 · Twitter for iPhone



**ABOLISH AMERIKKKA**
@caelila

I've been saying this for the last 4 years!!! Whatever personality disorder Trump has (is it psychosis? megalomania? just straight up soul-less?), jasha has it too. They operate the same exact way. It's bone chilling, how similar they are

> **DJ LCKDWN** @djlckdwn · Jun 29
> you know how edm twitter is relentlessly shitting on @spacejesus right now?
>
> @realDonaldTrump trump is space jesus XL.
>
> which is why he should never have been elected, deserves to lose in november, probably should be tried in the hague, and will likely get assassinated eventually

7:49 AM · Jun 29, 2020 · Twitter for iPhone



evidenceagainstspacejes
us @lekhatull should I post
the stories from Hannah,
Sam, Austin, Jay, and even
Jasha about how badly
you abuse Joyce? I have
many texts and emails
describing how you have
treated her like dirt from
day 1 simply because she
didn't come from a wealthy
family; and ever since she
and Janak got engaged,
you've apparently been
telling anyone who will
listen that Joyce is only
after your family's money.
Everyone who knows
Joyce knows she is an
angel who most parents
would be thrilled to have
marrying their son.
Everyone can see how real
their love is. But you don't
care, because you don't

      


Add a comment...

Everyone can see how real their love is. But you don't care, because you don't care about love. You only care about power, status, hierarchy, and most of all, money. That's why you charge people for covid tests at your office, WHEN COVID TESTS ARE FREE. The first thing jasha ever said to me about you was "she hates Joyce because Joyce came from a poor family." I thought he was exaggerating, but you proved it to be true time and time again, and you have apparently only gotten more vocal and aggressive in your campaign to destroy their relationship. Every. Single. Person who knows Jasha

      

 Add a comment...

Person who knows Jasha well said they blame you for the monster he became, because you are his biggest enabler BY FAR. For his entire life, you taught him that he never has to have consequences for his actions. You never taught him right from wrong. You only taught him to dominate, manipulate, profit, and exploit. He never learned how to take responsibility for his actions because you and Herman never taught him how. You spoiled him ROTTEN. I actually have a lot of compassion for him because I don't know how anyone who was raised by you could avoid turning out the way he did.



 Add a comment...


me be clear; I was caught off guard by the situation as much as anyone and in no way attempted to restrain Caeli La while it was happening."

First of all, I never said anything in my post about his friends "planning" or "intending" to walk in on us. I thought it was clear that they accidentally walked in. It never would have even occurred to me that it was planned. I never alleged that him or his friends intended or somehow planned them walking in on us. Jasha blatantly lied when he said that they "quickly turned around and shut the door" after seeing us. They came in, laid down, and went to bed. We were all sharing a huge room at CoSM. He was on top of me, and when they walked in, I instinctively and immediately tried to push him off. He would not get

          

**evidenceagainstspacejesus** @caelila #spacejesus

4 minutes ago



**ABOLISH AMERIKKKA**
@caelila

You're an actual, factual psychopath @spacejesus

12:43 PM · Jun 26, 2020 · Twitter for iPhone

**36** Retweets    **9** Quote Tweets    **182** Likes

**ABOLISH AMERIKK...** · Jun 26
Replying to @caelila

misbehaved during the transaction... |. Just... wow, I will be responding to his full statement with plenty of receipts of my own. Working on Part 2 right now.

Edit: I forgot to mention that the next morning, I absolutely did talk to him about it. I said "I really didn't like that." His response was "well I did, I liked it a lot," and when I tried to keep talking about it, he just walked away.

♡ 1    �17 5    ♡ 24

This Tweet was deleted by the Tweet author. Learn more

**ABOLISH AMERIKK...** · Jun 26
When the allegations against him and datsik first came out on @dancingastro, they made an update to the article a few days later saying
"Clarification@SpaceJesusBASS didn't do anything to the extent that datsik did. He was initially lumped in due to some things I heard from...

♡ 1    �17    ♡ 5



**evidenceagainstspacejesus** •••

immediately tried to push him off. He would not get off. He kept going, and said out loud to them "what if I told you guys I was inside her right now?" They did not respond. I hid under the covers, humiliated. Jasha got under the covers with me and said "I love you" for the first time, when he saw how upset I was. The day before, we had had a conversation about taking our relationship slowly, and not saying "I love you" to each other for a while. They all went and laid down. We did not continue having sex. This entire statement is full of outright lies. I also need to point out that it is WILD that he referred to us having sex as a "transaction" (when he said "...or that I somehow misbehaved during the transaction..."). Just...wow. I will be responding to his full statement with plenty of receipts of my own. Working on Part 2 right now.

   • • • • 

**evidenceagainstspacejesus** @caelila #spacejesus

4 minutes ago



»

**ABOLISH AMERIKKKA** ∨
@caelila

You're an actual, factual
psychopath @spacejesus

12:43 PM · Jun 26, 2020 · Twitter for iPhone

**36** Retweets   **9** Quote Tweets   **182** Likes

♡        ⟲        ♡        ⬆

**ABOLISH AMERIKK...** · Jun 26 ∨
Replying to @caelila

misbehaved during the transaction... ). Just...wow. I
will be responding to his full statement with plenty of
receipts of my own. Working on Part 2 right now.

Edit: I forgot to mention that the next morning, I
absolutely did talk to him about it. I said "I really didn't
like that." His response was "well I did. I liked it a lot,"
and when I tried to keep talking about it, he just
walked away.

♡ 1     ⟲ 5     ♡ 24     ⬆

This Tweet was deleted by the Tweet
author. Learn more

**ABOLISH AMERIKK...** · Jun 26 ∨
When the allegations against him
and datsik first came out on
@dancingastro, they made an
update to the article a few days later
saying
"Clarification@SpaceJesusBASS
didn't do anything to the extent that
datsik did. He was initially lumped in
due to some things I heard from...

♡ 1     ⟲     ♡ 5     ⬆

💬 1    🔁    ♡ 1    ⌁

**C** @casssmith1212 · 03 Jul ⌄
Definitely does seem very mutually toxic. It sucks that other artists are getting dragged into this by her when they don't want to be or aren't ready to make an official statement. I feel like we forget that these are people too

💬 1    🔁    ♡ 1    ⌁

**#BLACKLIVESMATTER** @alisad... · 03 Jul ⌄
I think she's in the wrong just as much as Jasha at this point. Even if he did manipulate/gaslight/treat her like shit, it isn't an excuse to drag others into it and harass/threaten them.

💬 2    🔁    ♡ 1    ⌁

**NO GODS. NO MASTERS. KILL YOUR ID...** ⌄
@caelila

Replying to @alisadaniellec @casssmith1212 and @yhetimusic

You think I'm just as bad as a serial predator and rapist at this point? Are you fucking kidding me?

4:51 AM · 04 Jul 20 · Twitter for iPhone

💬    🔁    ♡    ⌁

Tweet your reply    📷

evidenceagainstspacejes
**us** @lekhatull should I post the stories from Hannah, Sam, Austin, Jay, and even Jasha about how badly you abuse Joyce? I have many texts and emails describing how you have treated her like dirt from day 1 simply because she didn't come from a wealthy family; and ever since she and Janak got engaged, you've apparently been telling anyone who will listen that Joyce is only after your family's money. Everyone who knows Joyce knows she is an angel who most parents would be thrilled to have marrying their son. Everyone can see how real their love is. But you don't care, because you don't

      

 Add a comment...

Everyone can see how real their love is. But you don't care, because you don't care about love. You only care about power, status, hierarchy, and most of all, money. That's why you charge people for covid tests at your office, WHEN COVID TESTS ARE FREE. The first thing jasha ever said to me about you was "she hates Joyce because Joyce came from a poor family." I thought he was exaggerating, but you proved it to be true time and time again, and you have apparently only gotten more vocal and aggressive in your campaign to destroy their relationship. Every. Single. Person who knows Jasha

      

 Add a comment...

Person who knows Jasha well said they blame you for the monster he became, because you are his biggest enabler BY FAR. For his entire life, you taught him that he never has to have consequences for his actions. You never taught him right from wrong. You only taught him to dominate, manipulate, profit, and exploit. He never learned how to take responsibility for his actions because you and Herman never taught him how. You spoiled him ROTTEN. I actually have a lot of compassion for him because I don't know how anyone who was raised by you could avoid turning out the way he did.



 Add a comment...

  

**53 views** • Liked by **huxley_anne_** and **silveykitty**
**lekhatull** #brahmakamal this means the flower of Brahma =
God of creation! This is the most amazing flower I... more

10 hours ago

 **xxeyeseaxx** @hannahboomjune so
embarrassed for you watching you like
this woman's posts after she forced you
to drive hours out of your way to get a
COVID test at her office before you could
go see her precious r*pist p*do son, then
sent you a bill charging you for the covid
test (COVID TESTS ARE FREE)!!! Only a
truly evil psychopath would charge people
for a free COVID test, let alone their son's
friends. That's just the tip of the iceberg on
how Lekha and Jasha have treated you and
Sam. How the fuck are you still sucking up
to this woman after she publicly attacked
so many of Jasha's victims? Do y'all need a
reminder that 37 VICTIMS CAME FORWARD
INCLUDING MULTIPLE UNDERAGE
GIRLS? How the fuck can you support
his mom after she enabled him so badly,
and attacked his victims so publicly? And
publicly attacked every artist who spoke out
about the allegations? How the fuck do you
sleep at night Hannah?

4m     Reply

      

 Add a comment...