# Exhibit "I"



