# Exhibit "J"

| | |
|---|---|
| JUN 27, 8:18 AM<br><br>Hey I'd like to remain anonymous but I'd just like to share my experience with you. I personally am friends with the girl that "she gotta be 18" lyric is about. She was 17 when I first met her and was already hanging out with jasha. She shortly turned 18 after I met her and I noted then that they had a sexual relationship, but it seemed like they had already hooked up or had a very flirtatious relationship by the time I had met her. He was younger at the time but still old enough to know this wasn't chill. |  evidenceagainstspacejesu · Follow<br><br>#gap<br>4d<br><br> plasmoidsound Plasmoid sound I WANT THE HED of fake jesus / IE his waakaan contract ps i hope lorin get the sex addiction : meth addict help he needs : in my personal EXP. he is not a creep and rather divine ??<br>4d 1 like Reply<br><br>— View replies (2)<br><br> john.rettig<br>@plasmoidsound Wakaan festival set was his only connection to Wakaan in 2 years. Liquid<br><br>   <br>60 likes<br>4 DAYS AGO<br><br>Add a comment... |

Incident 1 (June 8th, 2016): The first time Jasha and I hung out, we kissed for about two seconds before he pulled my underwear aside (I was wearing a dress), and entered me without a condom. It happened so fast, I did not realize what was happening until he was already inside me. I froze and was not able to process it until I went to therapy. I justified it at the time, even though I knew it was wrong, because he was sweeping me off my feet and saying things that were incredibly, over the top romantic. "He's just feeling so passionate, he can't help himself," etc - essentially, "boys will be boys." I now know that that outdated concept is a cornerstone of rape culture. I was not given an opportunity to consent to unsafe sex the first time. I froze, went into denial, and let it happen. I began a consensual relationship with him after that. We ended up dating for about 5 months.

Incident 2 (about a week later): We were sharing a room with his manager and two of his close friends after his show. We were alone in the room, having sex, when they walked in. I immediately tried to push him off. He wouldn't stop, and then said out loud to them "what if I told you guys I was inside of her right now?" I told him that made me extremely uncomfortable, and I really didn't

 evidenceagainstspacejesu · Follow

your story again ♥

24w 2 likes Reply

View replies (1)

 **dolcelucci11** Fuck, just stomp the cunts head in. Can't be bothered reading this.

24w Reply

 **sophie.fedrizzi** So so brave of you to share this ♥ I hope you are at more peace now. You could be potentially saving other girls lives with this information. God bless you and I hope things only get better for you ♥

24w 2 likes Reply

233 likes

JUL 19, 2020

Add a comment...