UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASHA RUBEN TULL,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAELA HIGGINS,<br><br>   Defendant. | Case No. 4:21-cv-01566-DMR<br><br>**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 5 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference set for June 2, 2021 at 1:30 p.m. has been RESCHEDULED to **June 2, 2021 at 10:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  Upon receipt of this Order, Plaintiff shall serve the Defendant with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: March 11, 2021

DONNA M. RYU
United States Magistrate Judge