UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEKHA TULL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MIKAELA HIGGINS,<br><br>    Defendant. | Case No. 21-cv-01574-AGT<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), it is hereby ordered that the above-captioned case is referred to the Honorable Donna M. Ryu to determine whether it is related to *Tull v. Higgins*, Case No. 4:21-cv-01566-DMR.

**IT IS SO ORDERED.**

Dated: March 17, 2021

ALEX G. TSE
United States Magistrate Judge