# EXHIBIT B

| | |
|---|---|
| **From:** | Tyler Summers |
| **To:** | Karen Barth Menzies |
| **Cc:** | Jeff Kosbie; Christian S. Molnar |
| **Subject:** | RE: Tull v. Higgins |
| **Date:** | Tuesday, March 23, 2021 6:08:28 PM |
| **Attachments:** | image001.png |

Karen,

Our office will not stipulate to an extension for Ms. Higgins to file a responsive pleading in either case. We will be declining further communication absent a signed retainer agreement and evidence thereof.

Sincerely,

**TYLER S. SUMMERS**
LITIGATION ASSOCIATE
315 SOUTH BEVERLY DRIVE, STE. 320
BEVERLY HILLS, CALIFORNIA 90212
661.373.5519 (CELL)
TSUMMERS@ARENDSENLAW.COM



**From:** Karen Barth Menzies <kbm@classlawgroup.com>
**Sent:** Tuesday, March 23, 2021 4:09 PM
**To:** Christian S. Molnar <cmolnar@arendsenlaw.com>
**Cc:** Jeff Kosbie <jbk@classlawgroup.com>; Tyler Summers <tsummers@arendsenlaw.com>
**Subject:** Tull v. Higgins

Hello Christian,

I attempted to reach you at your office, but the mailbox was full.  We have been contacted by Ms. Michaela Higgins about potential representation of her defense in the two cases, Tull v. Higgins, Case No. 4:21-cv-01566, and Tull v. Higgins, Case No. 3:21-cv01574, recently filed in Northern District of California.  We are reviewing the case, but do not represent her at this time.  Given the short time frame before a response is due, are you willing to stipulate to an extension of 30 days to allow her time to obtain counsel?

Please let us know and we can get a stipulation on file.  And if you'd like to discuss this, please feel free to give me a call at your convenience.  My cell phone is (310) 722-2536.
Thanks and I look forward to hearing from you,
Karen

**Karen Barth Menzies | Partner**
**GIBBS LAW GROUP LLP**
she/her/hers
**Los Angeles Office:**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: (510) 350-9240 (Direct)
**Main Office:**
505 14th Street, Suite 1110
Oakland, California 94612
Phone: (510) 350-9700 (Main)
Fax: (510) 350-9701
[kbm@classlawgroup.com](kbm@classlawgroup.com)
[www.classlawgroup.com](www.classlawgroup.com)

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (510) 350-9700. Thank you.