1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JASHA RUBEN TULL,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAELA HIGGINS,<br><br>Defendant. | Case No. 4:21-cv-01566-DMR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

1 | BEFORE THE COURT is Defendant's Administrative Motion to Extend Time to
2 | Respond to the Complaint. The Court has considered the Motion and the Declaration of
3 | Karen Barth Menzies in support of the Motion and any arguments of counsel. The Court
4 | may extend the deadline for filing a responsive pleading for good cause. Fed. R. Civ. P.
5 | 6(b)(1)(A).
6 | Because the Court finds good cause exists, the Court GRANTS Defendant's
7 | Administrative Motion to Extend Time to Respond to the Complaint. The Court ORDERS
8 | that Defendant's deadline to answer or otherwise respond to the Complaint is extended
9 | from March 29, 2021, to April 28, 2021.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE