1
2
3
4
5
6
7
8
9
10                    IN THE UNITED STATES DISTRICT COURT
11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION
13

14  JASHA RUBEN TULL,                  Case No. 4:21-cv-01566-DMR
15
         Plaintiffs,                   **[PROPOSED]** **ORDER GRANTING**
16                                     **ADMINISTRATIVE MOTION TO**
         v.                            **EXTEND TIME TO RESPOND TO THE**
17                                     **COMPLAINT**
18  MICHAELA HIGGINS,
19       Defendant.
20
21
22
23
24
25
26
27
28

BEFORE THE COURT is Defendant's Administrative Motion to Extend Time to Respond to the Complaint. The Court has considered the Motion and the Declaration of Karen Barth Menzies in support of the Motion and any arguments of counsel. The Court may extend the deadline for filing a responsive pleading for good cause. Fed. R. Civ. P. 6(b)(1)(A).

Because the Court finds good cause exists, the Court GRANTS Defendant's Administrative Motion to Extend Time to Respond to the Complaint. The Court ORDERS that Defendant's deadline to answer or otherwise respond to the Complaint is extended from March 29, 2021, to April 28, 2021.

**IT IS SO ORDERED.**

Dated: March 29, 2021

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* (signature: Judge Donna M. Ryu)