# EXHIBIT 1

**From:** Herman Tull
**Date:** September 5, 2016 at 4:29:21 PM PDT
**To:** Caeli La , "Dr. Lekha Tull" , Space Jesus
**Subject: picture**

