# EXHIBIT 2

Karen Barth Menzies (SBN 180234)
kbm@classlawgroup.com
Jeffrey B. Kosbie (SBN 305424)
jbk@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
www.classlawgroup.com

*Attorneys for Defendant Michaela Higgins*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JASHA RUBEN TULL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELA HIGGINS,<br><br>Defendant. | Case No. 4:21-cv-01566-DMR<br><br>**DECLARATION OF CHRISTINA RENEE LACOSTE IN SUPPORT OF DEFEDANT'S MOTION TO DISMISS** |

I, Christina Renee LaCoste, declare as follows:

1. I make this statement on my own personal knowledge, and if called to testify, I could and would testify competently thereto, except where I make a statement on information and belief, in which case I am informed and believe the statement to be true.

2. My name is Christina Renee LaCoste. I am a performer, model and artist. I am known as Dia, @diathedom. My former stage name was Kiki, but I changed my stage name to Dia after the events described below occurred.

3. I first met Jasha Tull, aka Space Jesus around 2015 in the Electronic Dance Music (EDM) scene. I performed numerous times while he was DJing at festivals.

4. In 2017, I performed at a Halloween show with Jasha. After the show, Jasha asked me to stay and hang out with him at his hotel room. I still had a 4-hour drive ahead of me, but I agreed to stay for a bit. In Jasha's hotel room, everyone was doing drugs and drinking alcohol (though I did not join them, as it's not my scene and I was planning on driving). Jasha pressured me into staying longer and longer, then eventually into staying the night, telling me his group had an extra hotel room that I could use. As it was very late, I decided to stay.

5. After Jasha showed me to the extra hotel room, I got into the shower. When I got out of the shower, Jasha was already in the bed and insisted on remaining in the room with me. As I tried to fall asleep, Jasha rolled over and grabbed me. When I protested, Jasha told me I needed to "let loose with him." We started kissing and then, very suddenly, Jasha pulled aside my underwear and stuck his penis in me. Jasha worked fast and "finished" quite quickly, such that by the time my head registered what was going on, it was already over. There was no consent, no condom, and no choice. After I washed off, I told him that was not okay. That I did not give him consent. I was upset and concerned about my own safety, and the safety of other women. I wanted Jasha to promise me that this was the first time he'd ever done that to a woman, to penetrate her without consent.

6. I talked with Jasha several times over many months following the sexual assault, but Jasha continued to refuse accountability and at one point, Jasha accused me of cyber-bullying and threatened my career. In addition, I told some personal friends what happened, and the story began to leak out within the EDM industry.

7. In or around April 2019, I heard about a protest staged by several young women outside Jasha's April 5, 2019 performance at the UC Theater in Berkeley. I heard that Jasha had threatened these young women, and I was enraged by his actions. I decided to share my own story after hearing about this.

8. On June 20, 2019, I posted to Instagram a screen shot of a direct message Jasha had sent me on Twitter on December 4, 2018, claiming to have just recently become aware that I felt that he had crossed the line with me sexually. In response, I posted that I was "[s]evering up my ties with EDM Rave Culture – I mean Rape Culture." Jasha continued to try to silence me, releasing a statement about what happened that was filled with lies.

9. Attached as Exhibit A to this declaration is a true and correct copy of my June 20, 2019 post to Instagram.

10. Michaela Higgins (Caeli) saw my post that day and messaged me privately. She explained that she went through a very similar situation with Jasha and asked if we could speak over the phone. I agreed to speak with Caeli over the phone, and at the end of our exchange, I commented, "we've been quiet too long."

11. Attached as Exhibit B to this Declaration is a true and correct copy of the Instagram direct message conversation between Caeli and me from June 20, 2019.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, executed this 28th day of April, 2021, in Seattle, Washington.

*Christina Renee LaCoste*
_____
Christina Renee LaCoste

# EXHIBIT A

6:04

**Done**  1 of 5

.ıll Verizon LTE   6:34 PM   @ 22%

**Photo**



dialasvegas

< spacejesus ✓

December 04, 5:59 PM

 hey, i have recently become aware that you feel i have crossed the line with you sexually in some way. I wasn't filled in on the details of the situation but i take this very seriously. Please let me know how I can address this. I know we have had our differences lately, to me this issue takes precedent. Please let me know what i can do.



> Pnoto
>
> situation but i take this very seriously. Please let me know how I can address this. I know we have had our differences lately, to me this issue takes precedent. Please let me know what i can do.

   

 Liked by **bleepbloopbass** and **123 others**

**dialasvegas** Severing up my ties with EDM Rave Culture - I mean Rape Culture. Been sitting on this one the last 6 months. Im thinkin' we talk about it soon? 🤭 Can't stand a mfker who play def n dumb 🤐 Also anyone else getting the 'how much do I have to pay you' vibe at the end?? Dun wan ur money slimey rich boy I'm out for blood #FUCKAPUNKBITCH #SORRYFOFTY #FOFTYVIBE2019

View all 66 comments

**420weedstagram2019** Hope you're ok babe, sending so much love ❤️❤️❤️ 

# EXHIBIT B



Case 4:21-cv-01566-DMR   Document 24-2   Filed 04/28/21   Page 9 of 11

Document Ref: J5EVX-Q7JPF-AH5HU-HQP2Z   Page 8 of 9



## Signature Certificate

Document Ref.: J5EVX-Q7JPF-AH5HU-HQP2Z

Document signed by:



Christina Renee LaCoste

Verified E-mail:
niinamargiotta@gmail.com



IP: 73.83.90.105   Date: 29 Apr 2021 02:35:13 UTC

Document completed by all parties on:
29 Apr 2021 02:35:13 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

