DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

KAREN BARTH MENZIES, State Bar No. 180234
  *kbm@ClassLawGroup.com*
JEFFREY B. KOSBIE, State Bar No. 305424
  *jbk@ClassLawGroup.com*
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Attorneys for Defendant Michaela Higgins

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JASHA TULL an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELA HIGGINS, an individual a/k/a CAELI LA; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 4:21-cv-01566-DMR<br><br>[Related to Case No.: 4:21-cv-01574-DMR]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>[Filed Concurrently With Motion to Dismiss]<br><br>**Date:    June 10, 2021**<br>**Time:    1:00 p.m.**<br>**Dept.:    4** |

Case No. 4:21-cv-01566-DMR

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

Having read and considered all papers filed in connection with Defendant Michaela Higgins' Motion to Dismiss, and the arguments of counsel, the Court rules as follows:

**IT IS HEREBY ORDERED THAT**:

1. The motion is GRANTED;
    a. Plaintiff's claim for defamation-libel is hereby dismissed;
    b. Plaintiff's claim for civil harassment is hereby dismissed; and
    c. Plaintiff's claim for civil stalking is hereby dismissed.
2. The clerk will enter a judgment dismissing this action without prejudice and awarding Defendant Michaela Higgins her costs.

Or, in the alternative:

**IT IS HEREBY ORDERED THAT**:

2. The motion is GRANTED;
    a. Plaintiff's claim for defamation-libel is hereby dismissed;
    b. Plaintiff's claim for civil harassment is hereby dismissed; and
    c. Plaintiff's claim for civil stalking is hereby dismissed.
3. The dismissal is with leave to file an amended complaint, within _____ number of days from notice of this order; and
4. If the Plaintiff fails or declines to file an amended complaint within that time, the action will be dismissed with prejudice.

DATED: _____, 2021

HON. DONNA M. RYU
UNITED STATES DISTRICT MAGISTRATE JUDGE