DEBORAH S. MALLGRAVE, State Bar No. 198603
 *DMallgrave@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

KAREN BARTH MENZIES, State Bar No. 180234
 *kbm@ClassLawGroup.com*
JEFFREY KOSBIE, State Bar No. 305424
 *jbk@ClassLawGroup.com*
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Attorneys for Defendant Michaela Higgins

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JASHA TULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELA HIGGINS, an individual a/k/a CAELI LA; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 4:21-cv-01566-DMR<br><br>[Related to Case No.: 4:21-cv-01574-DMR]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE**<br><br>[Filed Concurrently with Motion to Strike]<br><br>**Date:** June 10, 2021<br>**Time:** 1:00 p.m.<br>**Dept.:** 4 |

Having read and considered all papers filed in connection with Defendant Michaela Higgins' Motion to Strike, and the arguments of counsel, the Court rules as follows:

**IT IS HEREBY ORDERED THAT**:

1. The motion is GRANTED;

2. The following matter is stricken from the Complaint of Plaintiff Jasha Tull:

   a. Paragraph 2, page 2, lines 8 through 10 "Plaintiff is informed and believes that Defendant Higgins was also acting under and/or utilizing the pseudonym or screen name '@sensualintelligence' on the 'onlyfans.com' platform."

Case No. 4:21-cv-01566-DMR
[PROPOSED] ORDER GRANTING MOTION TO STRIKE THE COMPLAINT FOR MONETARY DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

      b.  Paragraph 48, page 13, lines 12 through 14, "On or about June 26, 2020, the Twitter account '@caelila' stated 'You're an actual, factual psychopath @spacejesus.' This is false and a lie, Plaintiff is not a psychopath."

      c.  Paragraph 49, page 13, lines 15 through 18, "On or about June 29, 2020, the Twitter account '@caelila' stated that 'Whatever personality disorder Trump has (is it psychosis? megalomania? just straight up soul-less?, jasha has it too. They operate the exact same way.' This false and a lie, Plaintiff does not have a personality disorder."

      d.  Paragraph 50, page 13, lines 19 through 23, "On or about July 3, 2020, the Twitter account '@caelila' retweeted a tweet from 'Dmoney0101' stating 'So disheartening to see @bassnectar @spacejesus and @NahkoBear exposed as sexual predators all in one week…' '@caelila''s adoption and promotion of this statement amounts to an assertion that Plaintiff is a sexual predator, which is false and a lie."

      e.  Paragraph 52, page 14, lines 1 through 4, "On or about July 5, 2020, the Twitter account '@caelila' retweeted a tweet from '@deadsoonshawty' stating 'burnt all our pedophile merch last night :) FUCK YOU @spacejesus.' Defendant Michaela Higgins/Caeli La's retweet via '@caelila' amounts to an adoption and assertion Plaintiff is a pedophile, which is false and a lie."

      f.  Paragraph 54, page 14, lines 8 through 11, "On August 9, 2020, '@caelila' retweeted a tweet from '@shambhalaaa888' stating that Plaintiff had raped Defendant Michaela Higgins/Caeli La. '@caelila''s adoption and promotion of this statement amounts to an assertion that Plaintiff raped Defendant Michaela Higgins/Caeli La, which is a lie."

DATED: _____, 2021

_____
HON. DONNA M. RYU
UNITED STATES DISTRICT MAGISTRATE JUDGE