DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

KAREN BARTH MENZIES, State Bar No. 180234
  *kbm@ClassLawGroup.com*
JEFFREY KOSBIE, State Bar No. 305424
  *jbk@ClassLawGroup.com*
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Attorneys for Defendant Michaela Higgins

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JASHA TULL an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELA HIGGINS, an individual a/k/a CAELI LA; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 4:21-cv-01566-DMR<br><br>[Related to Case No.: 4:21-cv-01574-DMR]<br><br>**DEFENDANT MICHAELA HIGGINS' CERTIFICATION OF INTERESTED ENTITES OR PERSONS** |

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2 named parties, Defendant's counsel know of no other person having a financial or other interest in
3 this matter.

5 DATED: April 28, 2021                GREENBERG GROSS LLP

                                       By:      /s/ Deborah S. Mallgrave
                                            Deborah S. Mallgrave

                                            GIBBS LAW GROUP LLP
                                            Karen Barth Menzies
                                            Jeffrey Kosbie

                                            Attorneys for Defendant Michaela Higgins