UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASHA RUBEN TULL,<br>    Plaintiff,<br>v.<br>MICHAELA HIGGINS,<br>    Defendant. | Case Nos. 21-cv-01566-DMR, 21-cv-1574 DMR<br><br>**ORDER ON BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND MOTIONS TO STRIKE**<br><br>Re: Dkt. No. 27 |
| LEKHA TULL, et al.,<br>    Plaintiff,<br>v.<br>MICHAELA HIGGINS,<br>    Defendant. | Re: Dkt. No. 27 |

The parties filed a stipulation regarding the briefing schedule for Defendant Michaela Higgins's motions to dismiss and to strike in these related cases. Having reviewed the motions, the court orders the following: Plaintiffs Jasha Tull, Lekha Tull, and Herman Tull may file one combined brief in opposition to both motions to dismiss by no later than May 26, 2021. The combined opposition brief may not exceed 30 pages. Defendant may file one brief in reply to Plaintiffs' combined opposition that does not exceed 15 pages by no later than June 9, 2021.

Plaintiffs may file one combined brief in opposition to both motions to strike by no later than May 26, 2021. The combined opposition brief may not exceed 15 pages. Defendant may file one brief in reply to Plaintiffs' combined opposition that does not exceed 10 pages by no later than June 9, 2021. The court will set a hearing on the motions upon completion of the briefing. The June 2, 2021 case management conference is vacated and will be reset to take place with the

1  hearing on the motions.

3  **IT IS SO ORDERED.**

4  Dated: May 11, 2021



Donna M. Ryu
Judge D. Ryu
United States Magistrate Judge

2