GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
JACQUELINE G. VEIT*, NY BAR NO. 2342780
jveit@golenbock.com
711 Third Avenue
New York, NY 10017
(212) 907-7300; (212) 754-0777 (Fax)
*Appearing *Pro Hac Vice*

NEWMEYER & DILLION LLP
MICHAEL B. MCCLELLAN, CBN 241570
Michael.McClellan@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff,
JASHA TULL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASHA TULL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAELA HIGGINS aka CAELI LA, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.:     4:21-cv-01566-DMR<br>ASSIGNED TO: Magistrate Judge Donna M. Ryu<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE FIRST AMENDED COMPLAINT**<br><br>FILE DATE:         March 5, 2021<br>TRIAL DATE SET:   No Date Set |

## STIPULATION

WHEREAS, on March 5, 2021, Plaintiff Jasha Tull ("Plaintiff") filed his complaint in this action (Dkt. 1);

WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss and motion to strike the complaint ("Motions") (Dkt.24 and 25);

WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to

1  amend and further ordered that Plaintiff shall file an amended complaint within 14 days of the
2  Court's Order (Dkt. 40);
3     WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an
4  extension to file a first amended complaint and issued an Order extending the deadline for
5  Plaintiff to file an amended complaint until January 24, 2022 (Dkt. 44);
6     WHEREAS, on January 6, 2022, Plaintiff's counsel filed their Notice of Withdrawal and
7  Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting
8  *pro hac vice* admission to Plaintiff's counsel Jacqueline Veit (Dkt. 47); and
9     WHEREAS, counsel for plaintiff and defendants have engaged in discussions and based
10 thereon believe that a continuance to file an amended complaint will aid in the progress of this
11 litigation, and as such jointly request a further extension of 30 days to file an amended complaint;
12    NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby
13 stipulate and agree that Plaintiff shall have an additional 30 days, through and including February
14 23, 2022, to file a first amended complaint.

15  Dated: January 21, 2022                GOLENBOCK EISEMAN ASSOR BELL &
16                                         PESKOE LLP

17                                         By:   */s/ Jacqueline G. Veit*
18                                               Jacqueline G. Veit*
                                                 *Appearing *Pro Hac Vice*
                                                 Attorneys for Plaintiff,
19                                               JASHA TULL

20  Dated: January 21, 2022                NEWMEYER & DILLION LLP
21
                                           By:  */s/ C. Kendie Schlecht*
22                                              Michael B. McClellan
                                                C. Kendie Schlecht
23                                              Co-Counsel for Plaintiff,
                                                JASHA TULL
24
25  / / /
26  / / /
27  / / /
28  / / /



| | |
|---|---|
| Dated: January 21, 2022 | GREENBERG GROSS LLP |
| | By: */s/ Deborah Susan Mallgrave* <br> Deborah Susan Mallgrave <br> Attorney for Defendant MICHAELA HIGGINS |
| Dated: January 21, 2022 | GIBBS LAW GROUP LLP |
| | By: */s/ Karen Barth Menzies* <br> Karen Barth Menzies <br> Co-counsel for Defendant MICHAELA HIGGINS |

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: _____

Hon. Donna M. Ryu
United States Magistrate Judge

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 21st day of January, 2022 at Newport Beach, California.

                                              */s/ C. Kendie Schlecht*
                                                 C. Kendie Schlecht

