1   GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
    JACQUELINE G. VEIT*, NY BAR NO. 2342780
2   jveit@golenbock.com
    711 Third Avenue
3   New York, NY 10017
    (212) 907-7300; (212) 754-0777 (Fax)
4   *Appearing *Pro Hac Vice*

5   NEWMEYER & DILLION LLP
    MICHAEL B. MCCLELLAN, CBN 241570
6   Michael.McClellan@ndlf.com
    C. KENDIE SCHLECHT, CBN 190978
7   Kendie.Schlecht@ndlf.com
    895 Dove Street, Fifth Floor
8   Newport Beach, California 92660
    (949) 854-7000; (949) 854-7099 (Fax)
9
    Attorneys for Plaintiff,
10  JASHA TULL

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14  JASHA TULL, an individual,          CASE NO.:      4:21-cv-01566-DMR
                                        ASSIGNED TO: Magistrate Judge Donna M. Ryu
15              Plaintiff,

16  vs.                                 **STIPULATION AND ORDER EXTENDING
                                        DEADLINE TO FILE FIRST AMENDED
17  MICHAELA HIGGINS aka CAELI LA, an   COMPLAINT**
    individual; and DOES 1 through 10
18  inclusive,

19              Defendants.             FILE DATE:      March 5, 2021
                                        TRIAL DATE SET:   No Date Set
20

21

22                          **STIPULATION**

23      WHEREAS, on March 5, 2021, Plaintiff Jasha Tull ("Plaintiff") filed his complaint in this

24  action (Dkt. 1);

25      WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss

26  and motion to strike the complaint ("Motions") (Dkt.24 and 25);

27      WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and

28  Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to

1   amend and further ordered that Plaintiff shall file an amended complaint within 14 days of the

2   Court's Order (Dkt. 40);

3        WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an

4   extension to file a first amended complaint and issued an Order extending the deadline for

5   Plaintiff to file an amended complaint until January 24, 2022 (Dkt. 44);

6        WHEREAS, on January 6, 2022, Plaintiff's counsel filed their Notice of Withdrawal and

7   Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting

8   *pro hac vice* admission to Plaintiff's counsel Jacqueline Veit (Dkt. 47); and

9        WHEREAS, counsel for plaintiff and defendants have engaged in discussions and based

10   thereon believe that a continuance to file an amended complaint will aid in the progress of this

11   litigation, and as such jointly request a further extension of 30 days to file an amended complaint;

12        NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby

13   stipulate and agree that Plaintiff shall have an additional 30 days, through and including February

14   23, 2022, to file a first amended complaint.

15   Dated: January 21, 2022         GOLENBOCK EISEMAN ASSOR BELL &
                                   PESKOE LLP

17                            By:   */s/ Jacqueline G. Veit*
18                              Jacqueline G. Veit*
                              *Appearing Pro Hac Vice*
19                              Attorneys for Plaintiff,
                              JASHA TULL

20   Dated: January 21, 2022         NEWMEYER & DILLION LLP

22                            By:  */s/ C. Kendie Schlecht*
                              Michael B. McClellan
23                              C. Kendie Schlecht
                              Co-Counsel for Plaintiff,
24                              JASHA TULL

25   / / /

26   / / /

27   / / /

28   / / /



1    Dated: January 21, 2022                     GREENBERG GROSS LLP

2
                                                By: _/s/ Deborah Susan Mallgrave_
3                                                    Deborah Susan Mallgrave
                                                     Attorney for Defendant MICHAELA
4                                                    HIGGINS

5    Dated: January 21, 2022                     GIBBS LAW GROUP LLP

6
                                                By: _/s/ Karen Barth Menzies_
7                                                    Karen Barth Menzies
                                                     Co-counsel for Defendant MICHAELA
8                                                    HIGGINS

9

10

11                                **ORDER**

12        Pursuant to Stipulation, it is SO ORDERED.

13
     DATED: __January 24, 2022__
14

15

16

17

18

19                                              Hon. Donna M. Ryu
                                                United States Magistrate Judge
20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Donna M. Ryu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

## FILER ATTESTATION

2

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories

3

have concurred in the filing of this document, which shall serve in lieu of their signatures on the

4

document. I declare under penalty of perjury under the laws of the United States of America and

5

the State of California that the foregoing is true and correct.  Executed on this 21st day of January,

6

2022 at Newport Beach, California.

7

8

_____/s/ C. Kendie Schlecht_____
C. Kendie Schlecht

9

10

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. RE DEADLINE TO FILE AMENDED
COMPLAINT; ORDER
4:21-CV-01566-DMR