GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
JACQUELINE G. VEIT*, NY BAR NO. 2342780
jveit@golenbock.com
711 Third Avenue
New York, NY 10017
(212) 907-7300; (212) 754-0777 (Fax)
*Appearing *Pro Hac Vice*

NEWMEYER & DILLION LLP
MICHAEL B. MCCLELLAN, CBN 241570
Michael.McClellan@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff,
JASHA TULL

NEWMEYER DILLION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASHA TULL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAELA HIGGINS aka CAELI LA, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 4:21-cv-01566-DMR<br>ASSIGNED TO: Magistrate Judge Donna M. Ryu<br><br>**STIPULATION AND ORDER FURTHER EXTENDING DEADLINE TO FILE FIRST AMENDED COMPLAINT**<br><br>FILE DATE: March 5, 2021<br>TRIAL DATE SET: No Date Set |

**STIPULATION**

WHEREAS, on March 5, 2021, Plaintiff Jasha Tull ("Plaintiff") filed his complaint in this action (Dkt. 1);

WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss and motion to strike the complaint ("Motions") (Dkt.24 and 25);




WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to amend and further ordered that Plaintiff shall file an amended complaint within 14 days of the Court's Order (Dkt. 40);

WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an extension to file a first amended complaint and issued an Order extending the deadline for Plaintiff to file an amended complaint until January 24, 2022 (Dkt. 44);

WHEREAS, on January 6, 2022, Plaintiff's counsel filed their Notice of Withdrawal and Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting *pro hac vice* admission to Plaintiff's counsel Jacqueline Veit (Dkt. 47);

WHEREAS, on January 21, 2022, the Parties submitted a Stipulation and Order Extending Deadline to File First Amended Complaint (Dkt. 48) requesting a further extension of 30 days to file an amended complaint, which was approved by the Court, thereby extending the deadline for Plaintiffs to file an amended complaint until February 23, 2022 (Dkt. 49);

WHEREAS, the Parties are actively engaged in settlement discussions and progress has been made, but certain complicated issues exist that remain to be addressed;

WHEREAS, given the sensitive nature of the matters alleged in this action, counsel for all Parties believe that filing of a first amended complaint on February 23, 2022 will impede and possibly derail current settlement discussions; and

WHEREAS, the Parties respectfully request that the Court grant additional time for plaintiffs to file a first amended complaint to allow the Parties to further advance their settlement discussions.

NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Plaintiff shall have an additional 3 weeks, through and including March 18, 2022, to file a first amended complaint.

Dated: February 18, 2022

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: */s/ Jacqueline G. Veit*
Jacqueline G. Veit*
*Appearing *Pro Hac Vice*
Attorneys for Plaintiff,
JASHA TULL

Dated: February 18, 2022

NEWMEYER & DILLION LLP

By: */s/ C. Kendie Schlecht*
Michael B. McClellan
C. Kendie Schlecht
Co-Counsel for Plaintiff,
JASHA TULL

Dated: February 18, 2022

GREENBERG GROSS LLP

By: */s/ Deborah Susan Mallgrave*
Deborah Susan Mallgrave
Attorney for Defendant MICHAELA HIGGINS

Dated: February 18, 2022

GIBBS LAW GROUP LLP

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
Co-counsel for Defendant MICHAELA HIGGINS



**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: February 22, 2022




Hon. Donna M. Ryu
United States Magistrate Judge

NEWMEYER DILLION




**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 18th day of February, 2022 at Irvine, California.

*/s/ C. Kendie Schlecht*
C. Kendie Schlecht