GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
JACQUELINE G. VEIT*, NY BAR NO. 2342780
jveit@golenbock.com
711 Third Avenue
New York, NY 10017
(212) 907-7300; (212) 754-0777 (Fax)
*Appearing *Pro Hac Vice*

NEWMEYER & DILLION LLP
MICHAEL B. MCCLELLAN, CBN 241570
Michael.McClellan@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff,
JASHA TULL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASHA TULL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAELA HIGGINS aka CAELI LA, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.:   4:21-cv-01566-DMR<br>ASSIGNED TO: Magistrate Judge Donna M. Ryu<br><br>**STIPULATION AND ORDER FURTHER EXTENDING DEADLINE TO FILE FIRST AMENDED COMPLAINT**<br><br>FILE DATE:          March 5, 2021<br>TRIAL DATE SET:  No Date Set |

## STIPULATION

WHEREAS, on March 5, 2021, Plaintiff Jasha Tull ("Plaintiff") filed his complaint in this action (Dkt. 1);

WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss and motion to strike the complaint ("Motions") (Dkt.24 and 25);



1  WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and
2  Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to
3  amend and further ordered that Plaintiff shall file an amended complaint within 14 days of the
4  Court's Order (Dkt. 40);

5  WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an
6  extension to file a first amended complaint and issued an Order extending the deadline for
7  Plaintiff to file an amended complaint until January 24, 2022 (Dkt. 44);

8  WHEREAS, on January 6, 2022, Plaintiff's counsel filed their Notice of Withdrawal and
9  Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting *pro*
10 *hac vice* admission to Plaintiff's counsel Jacqueline Veit (Dkt. 47);

11 WHEREAS, on January 21, 2022, the Parties submitted a Stipulation and Order Extending
12 Deadline to File First Amended Complaint (Dkt. 48) requesting a further extension of 30 days to
13 file an amended complaint, which was approved by the Court, thereby extending the deadline for
14 Plaintiff to file an amended complaint until February 23, 2022 (Dkt. 49);

15 WHEREAS, on February 18, 2022, the Parties submitted a Stipulation and Order
16 Extending Deadline to File First Amended Complaint (Dkt. 50), advising the Court that the
17 Parties are actively engaged in settlement discussions and progress has been made but certain
18 complicated issues exist that remain to be addressed, which was approved by the Court, thereby
19 extending the deadline for Plaintiff to file an amended complaint until March 18, 2022 (Dkt. 51);

20 WHEREAS, the Parties have continued settlement efforts and are now close to settlement
21 and have exchanged initial settlement documents;

22 WHEREAS, given the sensitive nature of the matters alleged in this action, counsel for all
23 Parties believe that filing of a first amended complaint on March 18, 2022 will impede and
24 possibly derail current settlement discussions; and

25 WHEREAS, the Parties respectfully request that the Court grant additional time for
26 plaintiffs to file a first amended complaint to allow the Parties to further advance their settlement
27 discussions.

28



1  NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Plaintiff shall have an additional 12 days, through and including March 30, 2022, to file a first amended complaint.

Dated: March 18, 2022  GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: */s/ Jacqueline G. Veit*
Jacqueline G. Veit*
*Appearing *Pro Hac Vice*
Attorneys for Plaintiff,
JASHA TULL

Dated: March 18, 2022  NEWMEYER & DILLION LLP

By: */s/ C. Kendie Schlecht*
Michael B. McClellan
C. Kendie Schlecht
Co-Counsel for Plaintiff,
JASHA TULL

Dated: March 18, 2022  GREENBERG GROSS LLP

By: */s/ Deborah Susan Mallgrave*
Deborah Susan Mallgrave
Attorney for Defendant MICHAELA HIGGINS

Dated: March 18, 2022  GIBBS LAW GROUP LLP

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
Co-counsel for Defendant MICHAELA HIGGINS

**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: March 18, 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Donna M. Ryu

Hon. Donna M. Ryu
United States Magistrate Judge

NEWMEYER DILLION

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on this 18th day of March, 2022 at Irvine, California.

                                                  /s/ C. Kendie Schlecht
                                                  C. Kendie Schlecht

