GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
JACQUELINE G. VEIT*, NY BAR NO. 2342780
jveit@golenbock.com
711 Third Avenue
New York, NY 10017
(212) 907-7300; (212) 754-0777 (Fax)
*Appearing *Pro Hac Vice*

NEWMEYER & DILLION LLP
MICHAEL B. MCCLELLAN, CBN 241570
Michael.McClellan@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff,
JASHA TULL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASHA TULL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAELA HIGGINS aka CAELI LA, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.:   4:21-cv-01566-DMR<br>ASSIGNED TO: Magistrate Judge Donna M. Ryu<br><br>**STIPULATION AND ORDER FURTHER EXTENDING DEADLINE TO FILE FIRST AMENDED COMPLAINT**<br><br>FILE DATE:          March 5, 2021<br>TRIAL DATE SET:   No Date Set |

**STIPULATION**

WHEREAS, on March 5, 2021, Plaintiff Jasha Tull ("Plaintiff") filed his complaint in this action (Dkt. 1);

WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss and motion to strike the complaint ("Motions") (Dkt.24 and 25);

1   WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and
2   Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to
3   amend and further ordered that Plaintiff shall file an amended complaint within 14 days of the
4   Court's Order (Dkt. 40);

5   WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an
6   extension to file a first amended complaint and issued an Order extending the deadline for
7   Plaintiff to file an amended complaint until January 24, 2022 (Dkt. 44);

8   WHEREAS, on January 6, 2022, Plaintiff's counsel filed their Notice of Withdrawal and
9   Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting *pro*
10  *hac vice* admission to Plaintiff's counsel Jacqueline Veit (Dkt. 47);

11  WHEREAS, on January 21, 2022, the Parties submitted a Stipulation and Order Extending
12  Deadline to File First Amended Complaint (Dkt. 48) requesting a further extension of 30 days to
13  file an amended complaint, which was approved by the Court, thereby extending the deadline for
14  Plaintiff to file an amended complaint until February 23, 2022 (Dkt. 49);

15  WHEREAS, on February 18, 2022, the Parties submitted a Stipulation and Order
16  Extending Deadline to File First Amended Complaint (Dkt. 50), advising the Court that the
17  Parties are actively engaged in settlement discussions and progress has been made but certain
18  complicated issues exist that remain to be addressed, which was approved by the Court, thereby
19  extending the deadline for Plaintiff to file an amended complaint until March 18, 2022 (Dkt. 51);

20  WHEREAS, on March 18, 2022, the Parties submitted a Stipulation and Order Extending
21  Deadline to File First Amended Complaint (Dkt. 52), advising the Court that the Parties have
22  continued settlement efforts and are close to settlement and have exchanged initial settlement
23  documents, which was approved by the Court, thereby extending the deadline for Plaintiffs to file
24  an amended complaint until March 30, 2022 (Dkt. 53);

25  WHEREAS, the Parties have not yet finalized settlement documents but continue to work
26  toward that goal;

27  / / /

28  / / /



1  WHEREAS, given the sensitive nature of the matters alleged in this action, counsel for all
2  Parties believe that filing of a first amended complaint on March 30, 2022 will impede and
3  possibly derail current settlement discussions; and
4  WHEREAS, the Parties respectfully request that the Court grant additional time for
5  plaintiffs to file a first amended complaint to allow the Parties to further advance their settlement
6  discussions.
7  NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby
8  stipulate and agree that Plaintiff shall have an additional one week, through and including April 6,
9  2022, to file a first amended complaint.

10

11  Dated: March 30, 2022                    GOLENBOCK EISEMAN ASSOR BELL &
                                              PESKOE LLP
12

13                                            By:  /s/ Jacqueline G. Veit
                                                   Jacqueline G. Veit*
14                                                 *Appearing *Pro Hac Vice*
                                                   Attorneys for Plaintiff,
15                                                 JASHA TULL

16  Dated: March 30, 2022                    NEWMEYER & DILLION LLP

17

18                                            By:  /s/ C. Kendie Schlecht
                                                   Michael B. McClellan
19                                                 C. Kendie Schlecht
                                                   Co-Counsel for Plaintiff,
20                                                 JASHA TULL

21  / / /
22  / / /
23  / / /
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: March 30, 2022 | GREENBERG GROSS LLP |
| 2 | | |
| 3 | | By: */s/ Deborah Susan Mallgrave* |
| | | Deborah Susan Mallgrave |
| 4 | | Attorney for Defendant MICHAELA HIGGINS |
| 5 | Dated: March 30, 2022 | GIBBS LAW GROUP LLP |
| 6 | | |
| 7 | | By: */s/ Karen Barth Menzies* |
| | | Karen Barth Menzies |
| 8 | | Co-counsel for Defendant MICHAELA HIGGINS |



**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: 4/1/2022



_____
Hon. Donna M. Ryu
United States Magistrate Judge

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 30th day of March, 2022 at Irvine, California.

                                                     /s/ C. Kendie Schlecht
                                                    C. Kendie Schlecht