1  GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
   JACQUELINE G. VEIT*, NY BAR NO. 2342780
2  jveit@golenbock.com
   711 Third Avenue
3  New York, NY 10017
   (212) 907-7300; (212) 754-0777 (Fax)
4  *Appearing *Pro Hac Vice*

5  NEWMEYER & DILLION LLP
   MICHAEL B. MCCLELLAN, CBN 241570
6  Michael.McClellan@ndlf.com
   C. KENDIE SCHLECHT, CBN 190978
7  Kendie.Schlecht@ndlf.com
   895 Dove Street, Fifth Floor
8  Newport Beach, California  92660
   (949) 854-7000; (949) 854-7099 (Fax)
9
   Attorneys for Plaintiff,
10 JASHA TULL

11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                     OAKLAND DIVISION

15 JASHA TULL, an individual,          CASE NO.:       4:21-cv-01566-DMR
                                       ASSIGNED TO: Magistrate Judge Donna M. Ryu
16            Plaintiff,

17 vs.                                 **STIPULATION AND ORDER FURTHER
                                       EXTENDING DEADLINE TO FILE FIRST
18 MICHAELA HIGGINS aka CAELI LA, an   AMENDED COMPLAINT**
   individual; and DOES 1 through 10
19 inclusive,

20            Defendants.              FILE DATE:      March 5, 2021
                                       TRIAL DATE SET: No Date Set
21

22

23

24                    **STIPULATION**

25       WHEREAS, on March 5, 2021, Plaintiff Jasha Tull ("Plaintiff") filed his complaint in this

26 action (Dkt. 1);

27       WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss

28 and motion to strike the complaint ("Motions") (Dkt.24 and 25);

5196.101 / 9761543.1

4001244.1

1    WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and

2    Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to

3    amend and further ordered that Plaintiff shall file an amended complaint within 14 days of the

4    Court's Order (Dkt. 40);

5    WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an

6    extension to file a first amended complaint and issued an Order extending the deadline for

7    Plaintiff to file an amended complaint until January 24, 2022 (Dkt. 44);

8    WHEREAS, on January 6, 2022, Plaintiff's counsel filed their Notice of Withdrawal and

9    Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting *pro*

10    *hac vice* admission to Plaintiff's counsel Jacqueline Veit (Dkt. 47);

11    WHEREAS, on January 21, 2022, the parties submitted a Stipulation and Order Extending

12    Deadline to File First Amended Complaint (Dkt. 48) requesting a further extension of 30 days to

13    file an amended complaint, which was approved by the Court, thereby extending the deadline for

14    Plaintiff to file an amended complaint until February 23, 2022 (Dkt. 49);

15    WHEREAS, on February 18, 2022, the parties submitted a Stipulation and Order

16    Extending Deadline to File First Amended Complaint (Dkt. 50), advising the Court that the

17    parties are actively engaged in settlement discussions and progress has been made but certain

18    complicated issues exist that remain to be addressed, which was approved by the Court, thereby

19    extending the deadline for Plaintiff to file an amended complaint until March 18, 2022 (Dkt. 51);

20    WHEREAS, on March 18, 2022, the parties submitted a Stipulation and Order Extending

21    Deadline to File First Amended Complaint (Dkt. 52), advising the Court that the parties have

22    continued settlement efforts and are close to settlement and have exchanged initial settlement

23    documents, which was approved by the Court, thereby extending the deadline for Plaintiff to file

24    an amended complaint until March 30, 2022 (Dkt. 53);

25    WHEREAS, on March 30, 2022, the parties submitted a Stipulation and Order Extending

26    Deadline to File First Amended Complaint (Dkt. 54), advising the Court that the parties have not

27    yet finalized settlement documents but continue to work toward that goal, which was approved by

28

NEWMEYER DILLION

1    the Court, thereby extending the deadline for Plaintiff to file an amended complaint until April 6,

2    2022 (Dkt. 55);

3          WHEREAS, the parties have reached a settlement and executed a settlement agreement,

4    and are in the process of effecting certain conditions provided in the settlement agreement before

5    a dismissal of this action may be sought;

6          WHEREAS, the parties anticipate that settlement conditions will be fulfilled and the

7    parties will be able to submit a stipulation for dismissal in a few weeks; and

8          WHEREAS, the parties respectfully request that the Court grant 30 days for the parties to

9    either file a stipulation for dismissal or for Plaintiff to file a first amended complaint.

10         NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby

11   stipulate and agree that the parties shall have an additional 30 days, through and including May 6,

12   2022, to file a stipulation for dismissal or for Plaintiff to file a first amended complaint.

13



     Dated: April 6, 2022                           GOLENBOCK EISEMAN ASSOR BELL &
14                                                   PESKOE LLP

15

16                                                   By:   /s/ Jacqueline G. Veit
                                                           Jacqueline G. Veit*
                                                           *Appearing *Pro Hac Vice*
17                                                         Attorneys for Plaintiff,
                                                           JASHA TULL
18

     Dated: April 6, 2022                           NEWMEYER & DILLION LLP
19

20                                                   By:   /s/ C. Kendie Schlecht
                                                           Michael B. McClellan
21                                                         C. Kendie Schlecht
                                                           Co-Counsel for Plaintiff,
22                                                         JASHA TULL

23

24

25

26

27

28

1   Dated: April 6, 2022                          GREENBERG GROSS LLP

2
                                                  By: /s/ Deborah Susan Mallgrave
3                                                     Deborah Susan Mallgrave
                                                      Attorney for Defendant MICHAELA
4                                                     HIGGINS

5   Dated: April 6, 2022                          GIBBS LAW GROUP LLP

6
                                                  By: /s/ Karen Barth Menzies
7                                                     Karen Barth Menzies
                                                      Co-counsel for Defendant MICHAELA
8                                                     HIGGINS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. RE DEADLINE TO FILE AMENDED
COMPLAINT; ORDER
4:21-CV-01566-DMR

4001244.1

**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED:   April 6, 2022



IT IS SO ORDERED

Judge Donna M. Ryu

_____
Hon. Donna M. Ryu
United States Magistrate Judge

5196.101 / 9761543.1

STIP. RE DEADLINE TO FILE AMENDED
COMPLAINT; ORDER
4:21-CV-01566-DMR

4001244.1

1

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on this 6th day of April, 2022 at Irvine, California.

<u>/s/ C. Kendie Schlecht</u>
C. Kendie Schlecht

5196.101 / 9761543.1

4001244.1

STIP. RE DEADLINE TO FILE AMENDED
COMPLAINT; ORDER
4:21-CV-01566-DMR